| | |
|---|---|
| 1 | Jeffrey M. Feldman (AK Bar No. 7605029) |
| 2 | SUMMIT LAW GROUP PLLC |
|   | 315 Fifth Avenue South, Suite 1000 |
| 3 | Seattle, WA 98104-2682 |
| 4 | Phone: (206) 676-7000 |
|   | jefff@summitlaw.com |
| 5 | |
| 6 | Ralph H. Palumbo (WA Bar No. 4751) |
|   | Lynn M. Engel (WA Bar No. 21934) |
| 7 | (Pro Hac Vice applications pending) |
|   | YARMUTH LLP |
| 8 | 1420 Fifth Avenue, Suite 1400 |
| 9 | Seattle, WA 98101 |
|   | Phone: (206) 516-3800 |
| 10 | rpalumbo@yarmuth.com |
| 11 | lengel@yarmuth.com |
| 12 | *Attorneys for Bristol Bay Economic Development Corporation,* |
|    | *Bristol Bay Native Association, Inc. and Bristol Bay Reserve Association* |
| 13 | |
| 14 | Megan R. Condon (AK Bar No. 1810096) |
|    | Matthew N. Newman (AK Bar No. 1305023) |
| 15 | NATIVE AMERICAN RIGHTS FUND |
| 16 | 745 West 4th Avenue, Suite 502 |
|    | Anchorage, AK 99501 |
| 17 | Phone: (907) 276-0680 |
|    | mcondon@narf.org |
| 18 | mnewman@narf.org |
| 19 | |
|    | *Attorneys for United Tribes of Bristol Bay* |
| 20 | |
| 21 | Scott Kendall (AK Bar. No. 0405019) |
|    | HOLMES, WEDDLE & BARCOTT |
| 22 | 701 W. 8th Avenue, #700 |
|    | Anchorage, AK 99501 |
| 23 | Phone: (907) 274-0666 |
| 24 | smkendall@hwb-law.com |
| 25 | *Attorney for Bristol Bay Regional* |
|    | *Seafood Development Association, Inc.* |
| 26 | |

RESPONSE TO SALMONSTATE'S MOTION TO
CONSOLIDATE - 1
CASE NO. 3:19-CV-00265-TMB

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA
# AT ANCHORAGE

| | |
|---|---|
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, BRISTOL BAY NATIVE ASSOCIATION, INC., UNITED TRIBES OF BRISTOL BAY, BRISTOL BAY REGIONAL SEAFOOD DEVELOPMENT ASSOCIATION, INC., and BRISTOL BAY RESERVE ASSOCIATION, <br><br> Plaintiffs, <br><br> v. <br><br> CHRIS HLADICK, in his official capacity as Regional Administrator of the U.S. Environmental Protection Agency, Region 10; MATTHEW Z. LEOPOLD, in his official capacity as General Counsel for EPA and delegated authority of the Administrator; U.S. ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendants. | CASE NO. 3:19-CV-00265-TMB <br><br> **RESPONSE TO SALMONSTATE'S MOTION TO CONSOLIDATE** |

Plaintiffs Bristol Bay Economic Development Corporation, Bristol Bay Native Association, United Tribes of Bristol Bay, Bristol Bay Regional Seafood Development Association, Inc., and Bristol Bay Reserve Association (collectively, "Bristol Bay Plaintiffs") concur in Plaintiff SalmonState's Motion to Consolidate, filed in *SalmonState, et al. v. Hladick, et al.*, 3:19-cv- 00267-SLG (filed Oct. 9, 2019)("SalmonState Action").

RESPONSE TO SALMONSTATE'S MOTION TO CONSOLIDATE - 2
CASE NO. 3:19-CV-00265-TMB

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Case 3:19-cv-00265-TMB   Document 8   Filed 10/14/19   Page 2 of 4

This case, the SalmonState Action and *Trout Unlimited v. U.S. Environmental Protection Agency, et al.*, 3:19-cv-00268-TMB (filed Oct. 9, 2019) are related and involve common issues of law and fact. Bristol Bay Plaintiffs agree to consolidation of these matters under Local Rule 16.1 and Federal Rule of Civil Procedure 42. By operation of Local Rule 3.1(d), all three related cases should thus be reassigned to Judge Timothy Burgess, the judge assigned to this case which was the first-filed case.

DATED this 14th day of October, 2019.

SUMMIT LAW GROUP PLLC
*Attorneys for Bristol Bay Economic Development Corporation, Bristol Bay Native Association, Inc. and Bristol Bay Reserve Association*

By: *s/ Jeffrey M. Feldman*
Jeffrey M. Feldman (AK Bar No. 7605029)

YARMUTH LLP
*Also Attorneys for Bristol Bay Economic Development Corporation, Bristol Bay Native Association, Inc. and Bristol Bay Reserve Association*

By: *s/ Ralph H. Palumbo*
Ralph H. Palumbo, *Pro Hac Vice pending*
 (WA Bar No. 4751)
By: *s/ Lynn M. Engel*
Lynn M. Engel, *Pro Hac Vice pending*
 (WA Bar No. 21934)

RESPONSE TO SALMONSTATE'S MOTION TO CONSOLIDATE - 3
CASE NO. 3:19-CV-00265-TMB

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Case 3:19-cv-00265-TMB   Document 8   Filed 10/14/19   Page 3 of 4

NATIVE AMERICAN RIGHTS FUND
*Attorneys for United Tribes of Bristol Bay*

By: *s/ Megan R. Condon*
Megan R. Condon (AK Bar No. 1810096)
By: *s/ Matthew N. Newman*
Matthew N. Newman (AK Bar No. 1305023)

HOLMES, WEDDLE & BARCOTT
*Attorney for Bristol Bay Regional*
*Seafood Development Association, Inc.*

By: *s/ Scott Kendall*
Scott Kendall (AK Bar. No. 0405019)

RESPONSE TO SALMONSTATE'S MOTION TO
CONSOLIDATE - 4
CASE NO. 3:19-CV-00265-TMB

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Case 3:19-cv-00265-TMB   Document 8   Filed 10/14/19   Page 4 of 4