Jeffrey M. Feldman (AK Bar No. 7605029)
SUMMIT LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Phone: (206) 676-7000
jefff@summitlaw.com

Ralph H. Palumbo (WA Bar No. 4751)
Lynn M. Engel (WA Bar No. 21934)
(Pro Hac Vice)
YARMUTH LLP
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Phone: (206) 516-3800
rpalumbo@yarmuth.com
lengel@yarmuth.com

*Attorneys for Bristol Bay Economic Development Corporation,
Bristol Bay Native Association, Inc. and Bristol Bay Reserve Association*

Megan R. Condon (AK Bar No. 1810096)
Matthew N. Newman (AK Bar No. 1305023)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Phone: (907) 276-0680
mcondon@narf.org
mnewman@narf.org

*Attorneys for United Tribes of Bristol Bay*

Scott Kendall (AK Bar. No. 0405019)
HOLMES, WEDDLE & BARCOTT
701 W. 8th Avenue, #700
Anchorage, AK 99501
Phone: (907) 274-0666
smkendall@hwb-law.com

*Attorney for Bristol Bay Regional
Seafood Development Association, Inc.*

PLAINTIFF'S SCHEDULING CONFERENCE
REPORT AND MOTION FOR ENTRY OF
SCHEDULING ORDER - 1
CASE NO. 3:19-CV-00265-SLG CONSOLIDATED

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Case 3:19-cv-00265-SLG   Document 23   Filed 11/06/19   Page 1 of 9

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA
# AT ANCHORAGE

| | |
|---|---|
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHRIS HLADICK, U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants. | CASE NO. 3:19-CV-00265-SLG |
| SALMONSTATE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHRIS HLADICK, U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants. | CASE NO. 3:19-CV-00267-SLG |
| TROUT UNLIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants. | CASE NO. 3:19-CV-00268-SLG |

PLAINTIFF'S SCHEDULING CONFERENCE
REPORT AND MOTION FOR ENTRY OF
SCHEDULING ORDER - 2
CASE NO. 3:19-CV-00265-SLG CONSOLIDATED

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000

Case 3:19-cv-00265-SLG   Document 23   Filed 11/06/19   Page 2 of 9

# PLAINTIFFS' SCHEDULING CONFERENCE REPORT, AND
# MOTION FOR ENTRY OF SCHEDULING ORDER

Plaintiffs and Defendants in this consolidated case conferred but were unable to reach agreement on a schedule for proceedings in the case. Plaintiffs provide this report and move for entry of a scheduling order that reflects the schedule and dates set forth below, which largely track the schedule contemplated by Rule 16.3.[1] In support of this motion, Plaintiffs advise the court as follows:

## I. Preliminary Matters

1. The Parties agree that this case will be managed as an administrative appeal pursuant to Local Civil Rule 16.3, except as may otherwise be specifically provided in the Court's scheduling order(s).

2. This case is an action for judicial review of final agency action to withdraw a proposed determination to restrict the use of certain lands in the Bristol Bay area of southwest Alaska as disposal sites for dredged or fill material associated with mining the Pebble deposit. 84 Fed. Reg. 45,749 (August 30, 2019). Plaintiffs allege that the withdrawal was arbitrary under the Clean Water Act, 33 U.S.C. § 1344(c), and the Administrative Procedure Act, 5 U.S.C. § 706. Plaintiffs ask the Court to set aside the withdrawal, thereby reinstating the proposed determination.

---

[1] Minor variations in the schedule afford the Defendants an extra week to respond to the Complaints and produce the agency record; it also avoids requiring that the Plaintiffs file responses on New Year's Eve.
PLAINTIFF'S SCHEDULING CONFERENCE
REPORT AND MOTION FOR ENTRY OF
SCHEDULING ORDER - 3
CASE NO. 3:19-CV-00265-SLG CONSOLIDATED

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000

Case 3:19-cv-00265-SLG   Document 23   Filed 11/06/19   Page 3 of 9

3. The withdrawal of the proposed determination allows the U.S. Army Corps of Engineers to issue a permit for discharge of dredged and fill material under section 404 of the Clean Water Act, 33 U.S.C. § 1344. *See* 33 C.F.R. § 323.6(b); 40 C.F.R. § 231.3(a)(2). If the withdrawal remains in effect, the Parties currently expect a record of decision from the Corps in May 2020. For this reason, Plaintiffs request a final ruling on the merits of this case, if possible, by May 1, 2020, before the Corps issues a section 404 permit.

4. To facilitate a decision by this date, Plaintiffs in all the consolidated cases propose to file single, joint briefs as set forth below, with the exception that each of the three plaintiff groupings reserves the option to submit a short supplemental brief (not to exceed 2,000 words) in support of the jointly filed brief.

5. The Parties anticipate that intervenor-defendants may seek to participate in these proceedings. To avoid redundancy and facilitate timely review, Plaintiffs propose that any intervenor-defendants' brief on the merits be filed one week after Defendants' brief and limited to 4,000 words.

6. Plaintiffs propose the following schedule:

## II. Motion and Briefing Schedule

| Document / Action | Proposed Deadline | Proposed Word Limits |
|---|---|---|
| Defendants' Responses to Complaints [including any Motions to Dismiss] | 12/16/2019 | N/A to Answers; 10,000 if Motion(s) to Dismiss filed |

PLAINTIFF'S SCHEDULING CONFERENCE
REPORT AND MOTION FOR ENTRY OF
SCHEDULING ORDER - 4
CASE NO. 3:19-CV-00265-SLG CONSOLIDATED

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Case 3:19-cv-00265-SLG   Document 23   Filed 11/06/19   Page 4 of 9

| Agency Record | 12/17/2019 | N/A |
|---|---|---|
| Plaintiffs' Response(s) to any Motions to Dismiss filed by the Government [and any supplemental responses filed individual plaintiffs] | 1/6/2020 | 10,000 for a joint brief filed on behalf of all Plaintiffs. 2000 for optional supplemental responses that may be filed by Plaintiffs in each of the three actions. |
| Joint Motion to Supplement/Complete Record, if any | 1/7/2020 | 5,700 |
| Defendants' Response to any Motions to Supplement the Record, if any | 1/14/2020 | 5,700 |
| Plaintiffs' Joint Opening Brief [and any supplemental briefs filed individual plaintiffs] | 1/16/2020 | 10,000 for a joint brief filed on behalf of all Plaintiffs. 2000 for optional supplemental briefs that may be filed by Plaintiffs in each of the three actions. |
| Defendants' Replies to Oppositions to Motions to Dismiss, if any | 1/21/2020 | 5,700 |
| Plaintiffs' Joint Reply to Government's Response to Motion to Supplement the Record, if any | 1/21/2020 | 2,750 |
| Defendants' Responses to Plaintiffs' Opening Brief(s) | 2/25/2020 | 10,000, plus 2,000 additional for each Supplemental Brief |
| Intervenor-Defendants' Briefs, if any | 3/3/2020 | 4,000 |
| Plaintiffs' Joint Reply Brief | 3/17/2020 | 8,000 |
| Request for Oral Argument, if any | 3/23/2020 | N/A |
| Joint Appendix | 3/31/2020 | N/A |

PLAINTIFF'S SCHEDULING CONFERENCE REPORT AND MOTION FOR ENTRY OF SCHEDULING ORDER - 5
CASE NO. 3:19-CV-00265-SLG CONSOLIDATED

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Case 3:19-cv-00265-SLG   Document 23   Filed 11/06/19   Page 5 of 9

III. **Hearing on Motions.**

    A. Plaintiffs request that, if oral argument is requested and granted, it be scheduled in April 2020, subject to the Court's discretion to revise that date based on the briefs submitted by all parties and the Court's convenience.

    B. Plaintiffs request a decision from the court by May 1, 2020, if possible, so as to ensure that the issues raised in these cases will be resolved before the Army Corps of Engineers issues a decision on the permit for Pebble Mine that is at issue in these cases.

DATED this 6th day of November, 2019.

SUMMIT LAW GROUP PLLC
*Attorneys for Bristol Bay Economic Development Corporation, Bristol Bay Native Association, Inc. and Bristol Bay Reserve Association*

By: *s/ Jeffrey M. Feldman*
Jeffrey M. Feldman (AK Bar No. 7605029)

YARMUTH LLP
*Also Attorneys for Bristol Bay Economic Development Corporation, Bristol Bay Native Association, Inc. and Bristol Bay Reserve Association*

By: *s/ Ralph H. Palumbo*
Ralph H. Palumbo, *Pro Hac Vice*
  (WA Bar No. 4751)
By: *s/ Lynn M. Engel*
Lynn M. Engel, *Pro Hac Vice*
  (WA Bar No. 21934)

NATIVE AMERICAN RIGHTS FUND
*Attorneys for United Tribes of Bristol Bay*

PLAINTIFF'S SCHEDULING CONFERENCE
REPORT AND MOTION FOR ENTRY OF
SCHEDULING ORDER - 6
CASE NO. 3:19-CV-00265-SLG CONSOLIDATED

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000

Case 3:19-cv-00265-SLG   Document 23   Filed 11/06/19   Page 6 of 9

By: *s/ Megan R. Condon*
Megan R. Condon (AK Bar No. 1810096)
By: *s/ Matthew N. Newman*
Matthew N. Newman (AK Bar No. 1305023)

HOLMES, WEDDLE & BARCOTT
*Attorney for Bristol Bay Regional*
*Seafood Development Association, Inc.*

By: *s/ Scott Kendall*
Scott Kendall (AK Bar. No. 0405019)

PLAINTIFF'S SCHEDULING CONFERENCE
REPORT AND MOTION FOR ENTRY OF
SCHEDULING ORDER - 7
CASE NO. 3:19-CV-00265-SLG CONSOLIDATED

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Case 3:19-cv-00265-SLG   Document 23   Filed 11/06/19   Page 7 of 9

# CERTIFICATE OF SERVICE

I hereby certify that on November 6th, 2019, a copy of the foregoing was served upon counsel of record through the Court's CM/ECF system.

*Attorneys for Plaintiffs*

Megan R. Condon
Matthew N. Newman
NATIVE AMERICAN RIGHTS FUND
mcondon@narf.org
mnewman@narf.org

Scott M. Kendall
HOLMES, WEDDLE & BARCOTT
smkendall@hwb-law.com

Abraham J. Shanedling
Paul Werner
Rachelle Bishop
Steven P. Hollman
SHEPPARD, MULLIN, RICHTER, & HAMPTON LLP
AShanedling@sheppardmullin.com
PWerner@sheppardmullin.com
RBishop@sheppardmullin.com
SHollman@sheppardmullin.com

Austin E. Williams
TROUT UNLIMITED
awilliams@tu.org

Brian Litmans
Katherine G. Strong
TRUSTEES FOR ALASKA
blitmans@trustees.org
kstrong@trustees.org

Erin Whalen
Thomas S. Waldo
EARTHJUSTICE (Juneau)
ewhalen@earthjustice.org
twaldo@earthjustice.org

PLAINTIFF'S SCHEDULING CONFERENCE REPORT AND MOTION FOR ENTRY OF SCHEDULING ORDER - 8
CASE NO. 3:19-CV-00265-SLG CONSOLIDATED

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000

Case 3:19-cv-00265-SLG   Document 23   Filed 11/06/19   Page 8 of 9

Jacqueline Miya Iwata
Joel R. Reynolds
Thomas D. Zimpleman
NATURAL RESOURCES DEFENSE COUNSEL
jiwata@nrdc.org
jreynolds@nrdc.org
tzimpleman@nrdc.org

*Attorneys for Defendants*

Richard L. Pomeroy
Assistant U.S. Attorney
U.S. ATTORNEY'S OFFICE (Anchorage)
richard.pomeroy@usdoj.gov

Mark Nitczynski
UNITED STATES DEPARTMENT OF JUSTICE
Mark.Nitczynski@usdoj.gov

DATED this 6th day of November, 2019.

*/s Denise Brandenstein*
Denise Brandenstein, Legal Assistant
*deniseb@summitlaw.com*

PLAINTIFF'S SCHEDULING CONFERENCE REPORT AND MOTION FOR ENTRY OF SCHEDULING ORDER - 9
CASE NO. 3:19-CV-00265-SLG CONSOLIDATED

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000

Case 3:19-cv-00265-SLG   Document 23   Filed 11/06/19   Page 9 of 9