Jeffrey M. Feldman (AK Bar No. 7605029)
SUMMIT LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Phone: (206) 676-7000
jefff@summitlaw.com

Ralph H. Palumbo (WA Bar No. 4751)
Lynn M. Engel (WA Bar No. 21934)
(Pro Hac Vice)
YARMUTH LLP
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Phone: (206) 516-3800
rpalumbo@yarmuth.com
lengel@yarmuth.com

*Attorneys for Bristol Bay Economic Development Corporation,*
*Bristol Bay Native Association, Inc. and Bristol Bay Reserve Association*

Megan R. Condon (AK Bar No. 1810096)
Matthew N. Newman (AK Bar No. 1305023)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Phone: (907) 276-0680
mcondon@narf.org
mnewman@narf.org

*Attorneys for United Tribes of Bristol Bay*

Scott Kendall (AK Bar. No. 0405019)
HOLMES, WEDDLE & BARCOTT
701 W. 8th Avenue, #700
Anchorage, AK 99501
Phone: (907) 274-0666
smkendall@hwb-law.com

*Attorney for Bristol Bay Regional*
*Seafood Development Association, Inc.*

NOTICE OF ERRATA - 1
CASE NO. 3:19-CV-00265-SLG CONSOLIDATED

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA
## AT ANCHORAGE

| | |
|---|---|
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.,* | CASE NO. 3:19-CV-00265-SLG |
| Plaintiffs, | |
| v. | |
| CHRIS HLADICK, U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.,* | |
| Defendants. | |
| SALMONSTATE, *et al.,* | CASE NO. 3:19-CV-00267-SLG |
| Plaintiffs, | |
| v. | |
| CHRIS HLADICK, U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.,* | |
| Defendants. | |
| TROUT UNLIMITED, | CASE NO. 3:19-CV-00268-SLG |
| Plaintiffs, | |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.,* | |
| Defendants. | |

NOTICE OF ERRATA - 2
CASE NO. 3:19-CV-00265-SLG CONSOLIDATED

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
(206) 676-7001

# NOTICE OF ERRATA

Plaintiffs wish to advise the court that the references in Paragraphs 3 and 5 of their Scheduling Conference Report and Motion for Entry of Scheduling Order to the Parties should be to the Plaintiffs.

DATED this 7th day of November, 2019.

SUMMIT LAW GROUP PLLC
*Attorneys for Bristol Bay Economic Development Corporation, Bristol Bay Native Association, Inc. and Bristol Bay Reserve Association*

By: *s/ Jeffrey M. Feldman*
Jeffrey M. Feldman (AK Bar No. 7605029)

YARMUTH LLP
*Also Attorneys for Bristol Bay Economic Development Corporation, Bristol Bay Native Association, Inc. and Bristol Bay Reserve Association*

By: *s/ Ralph H. Palumbo*
Ralph H. Palumbo, *Pro Hac Vice*
 (WA Bar No. 4751)
By: *s/ Lynn M. Engel*
Lynn M. Engel, *Pro Hac Vice*
 (WA Bar No. 21934)

NATIVE AMERICAN RIGHTS FUND
*Attorneys for United Tribes of Bristol Bay*

By: *s/ Megan R. Condon*
Megan R. Condon (AK Bar No. 1810096)
By: *s/ Matthew N. Newman*
Matthew N. Newman (AK Bar No. 1305023)

NOTICE OF ERRATA - 3
CASE NO. 3:19-CV-00265-SLG CONSOLIDATED

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
206-676-7001

HOLMES, WEDDLE & BARCOTT
*Attorney for Bristol Bay Regional*
*Seafood Development Association, Inc.*

By: _s/ Scott Kendall_
Scott Kendall (AK Bar. No. 0405019)

NOTICE OF ERRATA - 4
CASE NO. 3:19-CV-00265-SLG CONSOLIDATED

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Case 3:19-cv-00265-SLG   Document 24   Filed 11/07/19   Page 4 of 6

# CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2019, a copy of the foregoing was served upon counsel of record through the Court's CM/ECF system.

*Attorneys for Plaintiffs*

Megan R. Condon
Matthew N. Newman
NATIVE AMERICAN RIGHTS FUND
mcondon@narf.org
mnewman@narf.org

Scott M. Kendall
HOLMES, WEDDLE & BARCOTT
smkendall@hwb-law.com

Abraham J. Shanedling
Paul Werner
Rachelle Bishop
Steven P. Hollman
SHEPPARD, MULLIN, RICHTER, & HAMPTON LLP
AShanedling@sheppardmullin.com
PWerner@sheppardmullin.com
RBishop@sheppardmullin.com
SHollman@sheppardmullin.com

Austin E. Williams
TROUT UNLIMITED
awilliams@tu.org

Brian Litmans
Katherine G. Strong
TRUSTEES FOR ALASKA
blitmans@trustees.org
kstrong@trustees.org

Erin Whalen
Thomas S. Waldo
EARTHJUSTICE (Juneau)
ewhalen@earthjustice.org
twaldo@earthjustice.org

NOTICE OF ERRATA - 5
CASE NO. 3:19-CV-00265-SLG CONSOLIDATED

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000

Jacqueline Miya Iwata
Joel R. Reynolds
Thomas D. Zimpleman
NATURAL RESOURCES DEFENSE COUNSEL
jiwata@nrdc.org
jreynolds@nrdc.org
tzimpleman@nrdc.org

*Attorneys for Defendants*

Richard L. Pomeroy
Assistant U.S. Attorney
U.S. ATTORNEY'S OFFICE (Anchorage)
richard.pomeroy@usdoj.gov

Mark Nitczynski
UNITED STATES DEPARTMENT OF JUSTICE
Mark.Nitczynski@usdoj.gov

DATED this 7th day of November, 2019.

*/s Denise Brandenstein*

Denise Brandenstein, Legal Assistant
*deniseb@summitlaw.com*

NOTICE OF ERRATA - 6
CASE NO. 3:19-CV-00265-SLG CONSOLIDATED