Jeffrey M. Feldman (AK Bar No. 7605029)
SUMMIT LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Phone: (206) 676-7000
jefff@summitlaw.com

Ralph H. Palumbo (WA Bar No. 4751)
Lynn M. Engel (WA Bar No. 21934)
(Pro Hac Vice)
YARMUTH LLP
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Phone: (206) 516-3800
rpalumbo@yarmuth.com
lengel@yarmuth.com

*Attorneys for Bristol Bay Economic Development Corporation,
Bristol Bay Native Association, Inc. and Bristol Bay Reserve Association*

Megan R. Condon (AK Bar No. 1810096)
Matthew N. Newman (AK Bar No. 1305023)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Phone: (907) 276-0680
mcondon@narf.org
mnewman@narf.org

*Attorneys for United Tribes of Bristol Bay*

Scott Kendall (AK Bar. No. 0405019)
HOLMES, WEDDLE & BARCOTT
701 W. 8th Avenue, #700
Anchorage, AK 99501
Phone: (907) 274-0666
smkendall@hwb-law.com

*Attorney for Bristol Bay Regional
Seafood Development Association, Inc.*

PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR SCHEDULING ORDER - 1
CASE NO. 3:19-CV-00265-SLG CONSOLIDATED

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Case 3:19-cv-00265-SLG   Document 26   Filed 11/12/19   Page 1 of 9

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA
# AT ANCHORAGE

| | |
|---|---|
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHRIS HLADICK, U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants. | CASE NO. 3:19-CV-00265-SLG |
| SALMONSTATE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHRIS HLADICK, U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants. | CASE NO. 3:19-CV-00267-SLG |
| TROUT UNLIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants. | CASE NO. 3:19-CV-00268-SLG |

PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR SCHEDULING ORDER - 2
CASE NO. 3:19-CV-00265-SLG CONSOLIDATED

# PLAINTIFFS' REPLY IN SUPPORT OF
# MOTION FOR ENTRY OF SCHEDULING ORDER

Plaintiffs submit this Reply in support of their Motion for Entry of Scheduling Order (ECF 23 & 24) ("Motion").

Plaintiffs have proposed a scheduling order based on the need for a final ruling on the merits of the withdrawal of the 2014 Proposed Determination of Defendant Environmental Protection Agency ("EPA") under Section 404 of the Clean Water Act, before the U.S. Army Corps of Engineers ("Corps") issues a record of decision on a permit application for the proposed Pebble Mine in Bristol Bay, Alaska. In response, Defendants mostly take issue with Plaintiffs' proposed deadlines for filing their opening brief and for motions to supplement the agency record. ECF 25 ("Resp."). But Defendants' arguments are overstated and otherwise without merit.

**1.** Plaintiffs have structured their proposed schedule based on their expectation that the Corps will issue its permitting record of decision in May 2020. Mot. at 4. In response, however, Defendants assert they "are not in a position to state when the Corps will make a permit decision." Resp. at 3. But in EPA's August 30, 2019, notice of its decision to withdraw the Proposed Determination, the agency stated it "has and will continue to work constructively with the Corps as a cooperating agency" and that "EPA plans to continue to work with the Corps . . . on the next steps in the [National Environmental Policy Act] process, including the development of the final [Environmental Impact Statement] and other information to inform the Corps' permit decision."[1] And

---

[1] EPA, Notification of Decision to Withdraw Proposed Determination to Restrict the Use of an Area as a Disposal Site; Pebble Deposit Area, Southwest Alaska, 84 Fed. Reg. 45,749, 45,754 (Aug. 30, 2019).

PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR SCHEDULING ORDER - 3
CASE NO. 3:19-CV-00265-SLG CONSOLIDATED

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000

documents received in September 2019 from the Corps pursuant to a Freedom of Information Act request show the Corps intends to issue its final record of decision for the Pebble Mine permit by May 29, 2020.  *See* Ex. A (attached hereto).[2]  If Defendants have more accurate information about the Corps' permitting timeline (especially given Defendants' stated cooperation with the Corps), Defendants should share such information with Plaintiffs and the Court to ensure a timely and orderly resolution of this matter under a schedule that obviates the need for additional or interim relief.  The expected timing of the Corps' issuance of its final record of decision is an ascertainable fact relevant to the Court's schedule for this matter and its ability to provide timely relief.

**2.**     In their Response, Defendants express concern that, under Plaintiffs' proposed schedule, Plaintiffs would file their opening merits brief before any motion to supplement (should there be one) is fully briefed and decided.  Resp. at 3-4.  But this Court recently has approved a scheduling order under which merits briefing would begin prior to the resolution of any motion to supplement the agency record.  *See* Scheduling Order at 1-2, *Se. Alaska Conservation Council v. U.S. Forest Serv.*, No. 1:19-cv-00006-SLG, ECF 7 (D. Ala. June 13, 2019) (providing parties would "work in good faith to address any and all issues concerning the adequacy, scope, and/or content of the administrative record amongst themselves" and "[a]ny issues which the Parties cannot resolve among themselves shall be presented to the Court for resolution on the same schedule proposed for the Parties' Rule 16.3(c) briefs").  Here, Plaintiffs do not currently anticipate that motions to

---

[2] The documents in Exhibit A were produced by the Corps pursuant to an August 16, 2019 FOIA request submitted by the Natural Resources Defense Council seeking "all records in the Army Corps' possession, custody or control sent or received from the following email address: poaspecialprojects@usace.army.mil" (the email address believed to be used for communicating about the Pebble Mine permitting process).  *See* Ex. A.

PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR SCHEDULING ORDER - 4
CASE NO. 3:19-CV-00265-SLG CONSOLIDATED

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000

Case 3:19-cv-00265-SLG   Document 26   Filed 11/12/19   Page 4 of 9

supplement will be necessary. But even if they are, such motions would be limited, and to the extent they would interfere with merits briefing deadlines, then those deadlines could be adjusted when and if that exigency arises.

**3.** Similarly, Defendants assert that Plaintiffs' proposed schedule would "unfairly" reduce Defendants' time to file an opposition to any motion to supplement from 14 to seven days. Resp. at 4. But again, it is unlikely there will even be a need to file a motion to supplement. And even if such a circumstance should arise, it is expected that any such motion would be very limited, and Defendants would be able to request additional time to respond for good cause if it were necessary to do so.

**4.** Finally, in anticipation that intervenor-defendants may seek to participate in these proceedings, and to facilitate efficiency, Plaintiffs proposed that any intervenor-defendants' brief on the merits be filed one week after Defendants' brief and be limited to 4,000 words. Mot. at 4. Defendants, however, argued in response that because no parties have actually sought to intervene, it is premature and inappropriate to set limits on such intervention at this time. Resp. at 5. But there is no harm setting such a comprehensive schedule now, since doing so will avoid any case disruption later should a party seek to intervene. Nor have Defendants shown that Plaintiffs' proposed requirements for intervenors would cause any prejudice to them or any prospective intervenor. To the contrary, since the interests of intervenor-defendants would largely be aligned with those of Defendants', it is entirely fair and appropriate for the intervenor briefs to follow shortly after the filing of Defendants' briefs. And Plaintiffs' proposed word count for intervenor-defendant merits briefs (4,000 words) is double what Plaintiffs' reserved for each plaintiff group should they file supplemental merits briefs (2,000 words). Mot. at 4 & 5.

PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR SCHEDULING ORDER - 5
CASE NO. 3:19-CV-00265-SLG CONSOLIDATED

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Case 3:19-cv-00265-SLG   Document 26   Filed 11/12/19   Page 5 of 9

\* \* \*

For all the foregoing reasons, the Court should grant Plaintiffs' Motion and enter the scheduling order as proposed by Plaintiffs. *See* ECF 23, at 4-6.

DATED this 12th day of November, 2019.

    SUMMIT LAW GROUP PLLC
*Attorneys for Bristol Bay Economic Development Corporation, Bristol Bay Native Association, Inc. and Bristol Bay Reserve Association*

By: *s/ Jeffrey M. Feldman*
Jeffrey M. Feldman (AK Bar No. 7605029)

YARMUTH LLP
*Also Attorneys for Bristol Bay Economic Development Corporation, Bristol Bay Native Association, Inc. and Bristol Bay Reserve Association*

By: *s/ Ralph H. Palumbo*
Ralph H. Palumbo, *Pro Hac Vice*
  (WA Bar No. 4751)
By: *s/ Lynn M. Engel*
Lynn M. Engel, *Pro Hac Vice*
  (WA Bar No. 21934)

NATIVE AMERICAN RIGHTS FUND
*Attorneys for United Tribes of Bristol Bay*

By: *s/ Megan R. Condon*
Megan R. Condon (AK Bar No. 1810096)
By: *s/ Matthew N. Newman*
Matthew N. Newman (AK Bar No. 1305023)

HOLMES, WEDDLE & BARCOTT
*Attorney for Bristol Bay Regional Seafood Development Association, Inc.*

PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR SCHEDULING ORDER - 6
CASE NO. 3:19-CV-00265-SLG CONSOLIDATED

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Case 3:19-cv-00265-SLG   Document 26   Filed 11/12/19   Page 6 of 9

By: *s/ Scott Kendall*
Scott Kendall (AK Bar. No. 0405019)

PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR SCHEDULING ORDER - 7
CASE NO. 3:19-CV-00265-SLG CONSOLIDATED

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2019, a copy of the foregoing Plaintiffs' Reply in Support of Motion for Scheduling Order was served upon counsel of record through the Court's CM/ECF system.

*Attorneys for Plaintiffs*

Megan R. Condon
Matthew N. Newman
NATIVE AMERICAN RIGHTS FUND
mcondon@narf.org
mnewman@narf.org

Scott M. Kendall
HOLMES, WEDDLE & BARCOTT
smkendall@hwb-law.com

Abraham J. Shanedling
Paul Werner
Rachelle Bishop
Steven P. Hollman
SHEPPARD, MULLIN, RICHTER, & HAMPTON LLP
AShanedling@sheppardmullin.com
PWerner@sheppardmullin.com
RBishop@sheppardmullin.com
SHollman@sheppardmullin.com

Austin E. Williams
TROUT UNLIMITED
awilliams@tu.org

Brian Litmans
Katherine G. Strong
TRUSTEES FOR ALASKA
blitmans@trustees.org
kstrong@trustees.org

Erin Whalen
Thomas S. Waldo
EARTHJUSTICE (Juneau)

PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR SCHEDULING ORDER - 8
CASE NO. 3:19-CV-00265-SLG CONSOLIDATED

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000

Case 3:19-cv-00265-SLG   Document 26   Filed 11/12/19   Page 8 of 9

ewhalen@earthjustice.org
twaldo@earthjustice.org

Jacqueline Miya Iwata
Joel R. Reynolds
Thomas D. Zimpleman
NATURAL RESOURCES DEFENSE COUNSEL
jiwata@nrdc.org
jreynolds@nrdc.org
tzimpleman@nrdc.org

*Attorneys for Defendants*

Richard L. Pomeroy
U.S. Attorney's Office (Anchorage)
richard.pomeroy@usdoj.gov

DATED this 12th day of November, 2019.

                                        */s Denise Brandenstein*
                                        Denise Brandenstein, Legal Assistant
                                        *deniseb@summitlaw.com*

PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR SCHEDULING ORDER - 9
CASE NO. 3:19-CV-00265-SLG CONSOLIDATED

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000

Case 3:19-cv-00265-SLG   Document 26   Filed 11/12/19   Page 9 of 9