# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>CHRIS HLADICK; U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:19-cv-00265-SLG<br><br>**(Consolidated)** |
| SALMON STATE, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>CHRIS HLADICK; U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:19-cv-00267-SLG |
| TROUT UNLIMITED,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:19-cv-00268-SLG |

## SCHEDULING ORDER

Before the Court at Docket 23 is Plaintiffs' Motion for Entry of Scheduling Order. Defendants Chris Hladick and the U.S. Environmental Protection Agency responded at Docket 25. Plaintiffs replied at Docket 26. The parties in these consolidated cases conferred but were unable to reach an agreement as to the schedule.

Having considered the schedule set forth in Local Civil Rule 16.3 and the parties' proposed schedules, and taking into consideration the Court's need for adequate time to fully consider the merits of this case, the Court substantially adopts the schedule proposed by the defendants at Docket 25, Attachment B.[1] The Court will set the briefing schedule and page limits that will apply to potential intervenors in any order(s) granting motion(s) to intervene.

In light of the foregoing, IT IS ORDERED that the motion at Docket 23 is granted to the extent it seeks a scheduling order but is denied to the extent it seeks the implementation of the proposed briefing schedule contained therein at Part II. The attached schedule is adopted as the briefing schedule in this case.

DATED this 18th day of November, 2019, at Anchorage, Alaska.

                                         */s/ Sharon L. Gleason*
                                         UNITED STATES DISTRICT JUDGE

---

[1] However, the Court has adopted the plaintiffs' proposed date for their joint opening merits brief and the defendants' opposition to plaintiffs' opening merits brief.

Case No. 3:19-cv-00265-SLG, *Bristol Bay Econ. Dev. Corp. v. Hladick, et al.*
Scheduling Order
Page 2 of 4
Case 3:19-cv-00265-SLG   Document 27   Filed 11/18/19   Page 2 of 4

| Document / Action | Deadline | Page/Word Limits |
|---|---|---|
| Defendants' Index to Agency Record | 11/22/19 | N/A |
| Plaintiffs' Joint Motion to Supplement/Complete Record, if any | 12/6/19 | 20/5,700 |
| Defendants' Responses to Complaints [including any Motions to Dismiss] | 12/10/2019 | N/A to Answers; 35/10,000 for any Motion to Dismiss |
| Agency Record | 12/10/2019 | N/A |
| Defendants' Opposition to Motion to Supplement the Record, if any | 12/20/2020 | 20/5,700 |
| Plaintiffs' Joint Opposition to Motions to Dismiss, if any | 1/6/2020 | 35/10,000 |
| Plaintiffs' Joint Reply in Support of Motion to Supplement, if any | 1/6/2020 | 10/2,750 |
| Defendants' Reply in Support of Motion to Dismiss, if any | 1/21/2020 | 20/5,700 |
| Plaintiffs' Joint Opening Merits Brief [and up to a total of three supplemental briefs (one brief in each of the three cases) filed by plaintiffs] | 1/16/2020 or 21 days after the court's ruling on motion to supplement (if one is filed), whichever is later | 35/10,000 for a joint brief filed on behalf of all Plaintiffs 7/2000 for optional Supplemental Merits Briefs that may be filed by Plaintiffs in each of the three actions |
| Defendants' Opposition to Plaintiffs' Opening Merits Brief(s) | 2/25/2020 or 40 days after Plaintiffs' Opening Merits Brief, whichever is later | 35/10,000, plus 7/2,000 additional for each Supplemental Merits Brief |
| Plaintiffs' Joint Reply Brief | 21 days after Defendants' Opposition to Plaintiffs' Opening Merits Brief(s) | 20/5,700 if no Supplemental Merits Briefs are filed; 25/6,875 if Supplemental Merits Briefs are filed |

Case No. 3:19-cv-00265-SLG, *Bristol Bay Econ. Dev. Corp. v. Hladick, et al.*
Scheduling Order
Page 3 of 4
Case 3:19-cv-00265-SLG   Document 27   Filed 11/18/19   Page 3 of 4

| | | |
|---|---|---|
| Request for Oral Argument, if any | 7 days after Plaintiffs' Joint Reply Brief | N/A |
| Joint Appendix | 14 days after Plaintiffs' Joint Reply Brief | N/A |

Case No. 3:19-cv-00265-SLG, *Bristol Bay Econ. Dev. Corp. v. Hladick, et al.*
Scheduling Order
Page 4 of 4
Case 3:19-cv-00265-SLG   Document 27   Filed 11/18/19   Page 4 of 4