BRYAN SCHRODER
United States Attorney
District of Alaska

MARK A. NITCZYNSKI
U.S. Department of Justice – ENRD
Environmental Defense Section
999 18th Street; South Terrace; Suite 370
Denver, CO 80202
Phone: (303) 844-1498; Fax: (303) 844-1350
Email: mark.nitczynski@usdoj.gov
BRIAN UHOLIK
Environment and Natural Resources Division
4 Constitution Square
150 M Street, N.E.
EDS/4th Floor
Washington, D.C. 20002
Phone: (202) 305-0733; Fax: (202) 514-8865
Email: brian.uholik@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA
# AT ANCHORAGE

| | |
|---|---|
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> CHRIS HLADICK, U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.,* <br><br> Defendants. | CASE NO. 3:19-CV-00265-SLG |
| SALMONSTATE, *et al.,* <br><br> Plaintiffs, | CASE NO. 3:19-CV-00267-SLG |

NOTICE OF FILING ADMNISTRATIVE
RECORD INDEX - 1
CASE NO. 3:19-CV-00265-SLG (CONSOLIDATED)

|   |   |   |
|---|---|---|
|   | v. |   |
|   | CHRIS HLADICK, U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, |   |
|   | Defendants. |   |
|   | TROUT UNLIMITED, | CASE NO. 3:19-CV-00268-SLG |
|   | Plaintiffs, |   |
|   | v. |   |
|   | U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, |   |
|   | Defendants. |   |

## **NOTICE OF FILING ADMINISTRATIVE RECORD INDEX**

Pursuant to the Court's Scheduling Order, ECF 27, Defendants, Chris Hladick and the United States Environmental Protection Agency, provide this notice of filing of the Administrative Record Index, which is being filed contemporaneously with this notice.

Respectfully submitted this 22d day of November, 2019.

_/s/ Mark A. Nitczynski_
MARK A. NITCZYNSKI
United States Department of Justice - ENRD
Environmental Defense Section
999 18th Street; South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1498; Fax: (303) 844-1350
Email: mark.nitczynski@usdoj.gov

BRIAN UHOLIK
Environment and Natural Resources Division
4 Constitution Square

| | |
|---|---|
| 1 | 150 M Street, N.E. |
| 2 | EDS/4th Floor |
|   | Washington, D.C. 20002 |
| 3 | Phone: (202) 305-0733; Fax: (202) 514-8865 |
|   | Email: brian.uholik@usdoj.gov |
| 4 | |
|   | Attorneys for Defendants |

# CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2019, I filed foregoing NOTICE OF FILING ADMINISTRATIVE RECORD INDEX using the Court's CM/ECF system, which serves copies on counsel of record.

*/s/* Mark A. Nitczynski