# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |
|---|---|
| *Plaintiff*<br>v.<br>*Defendant* | )<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:





# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 70162710000068617510

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 2:49 pm on October 15, 2019 in SEATTLE, WA 98101.

## ✓ Delivered

October 15, 2019 at 2:49 pm
Delivered, Front Desk/Reception/Mail Room
SEATTLE, WA 98101


Feedback

---

### Tracking History  ∧

**October 15, 2019, 2:49 pm**
Delivered, Front Desk/Reception/Mail Room
SEATTLE, WA 98101
Your item was delivered to the front desk, reception area, or mail room at 2:49 pm on October 15, 2019 in SEATTLE, WA 98101.

**October 15, 2019, 8:21 am**
Out for Delivery
SEATTLE, WA 98101

**October 15, 2019, 2:58 am**
Arrived at Unit
SEATTLE, WA 98101

October 14, 2019, 4:00 am
Departed USPS Regional Facility
SEATTLE WA NETWORK DISTRIBUTION CENTER

October 14, 2019, 2:22 am
Arrived at USPS Regional Facility
SEATTLE WA NETWORK DISTRIBUTION CENTER

October 13, 2019, 3:35 am
Departed USPS Regional Facility
SACRAMENTO CA DISTRIBUTION CENTER

October 12, 2019, 9:57 pm
Arrived at USPS Regional Facility
SACRAMENTO CA DISTRIBUTION CENTER

October 12, 2019, 11:19 am
Arrived at USPS Regional Facility
FRESNO CA DISTRIBUTION CENTER

October 11, 2019
In Transit to Next Facility

October 9, 2019, 3:21 pm
Departed Post Office
ANCHORAGE, AK 99517

October 9, 2019, 1:31 pm
USPS in possession of item
ANCHORAGE, AK 99517

## Product Information

| Postal Product: | Features: | |
|---|---|---|
| First-Class | Certified Mail™ | See tracking for related item: 9590940242108121753325 (/go/TrackConfirmAction?tLabels=9590940242108121753325) |

**See Less ∧**

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback