BRYAN SCHRODER
United States Attorney
District of Alaska

MARK A. NITCZYNSKI
U.S. Department of Justice – ENRD
Environmental Defense Section
999 18th Street; South Terrace; Suite 370
Denver, CO 80202
Phone: (303) 844-1498; Fax: (303) 844-1350
Email: mark.nitczynski@usdoj.gov

BRIAN UHOLIK
Environment and Natural Resources Division
4 Constitution Square
150 M Street, N.E.
EDS/4th Floor
Washington, D.C. 20002
Phone: (202) 305-0733; Fax: (202) 514-8865
Email: brian.uholik@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA
# AT ANCHORAGE

| | |
|---|---|
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.,* | CASE NO. 3:19-CV-00265-SLG |
| Plaintiffs, | |
| v. | |
| CHRIS HLADICK, U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | |
| Defendants. | |
| SALMONSTATE, *et al.,* | CASE NO. 3:19-CV-00267-SLG |
| Plaintiffs, | |

CASE NO. 3:19-CV-00265-SLG (CONSOLIDATED) - 1

|                                           |                            |
|-------------------------------------------|----------------------------|
| v.                                        |                            |
| CHRIS HLADICK, U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, |         |
| Defendants.                               |                            |
| TROUT UNLIMITED,                          | CASE NO. 3:19-CV-00268-SLG |
| Plaintiffs,                               |                            |
| v.                                        |                            |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, |                      |
| Defendants.                               |                            |

## NOTICE OF FILING ADMINISTRATIVE RECORD

Notice is hereby provided that Defendants are filing the administrative record in this matter. Today Defendants are sending DVDs containing the administrative record via Federal Express to the Court. In addition, the plaintiffs are being provided access to the administrative record through a shared database. Furthermore, the certification of the administrative record index and an amended index are being submitted herewith.[1]

Respectfully submitted this 10th day of December, 2019.

 /s/ Mark A. Nitczynski
MARK A. NITCZYNSKI
United States Department of Justice - ENRD
Environmental Defense Section
999 18th Street; South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1498; Fax: (303) 844-1350

---

[1] This amended index includes four documents in addition to the documents that were included in the index submitted on November 22, 2019. *See* ECF 28.

CASE NO. 3:19-CV-00265-SLG (CONSOLIDATED) - 2

Email: mark.nitczynski@usdoj.gov

BRIAN UHOLIK
Environment and Natural Resources Division
4 Constitution Square
150 M Street, N.E.
EDS/4th Floor
Washington, D.C. 20002
Phone: (202) 305-0733; Fax: (202) 514-8865
Email: brian.uholik@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2019, I caused to be filed the foregoing NOTICE OF FILING ADMINISTRATIVE RECORD using the Court's CM/ECF system, which serves copies on counsel of record.

*/s/* Mark A. Nitczynski