UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*,<br><br>    Plaintiffs,<br>v.<br>CHRIS HLADICK, U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>    Defendants. | CASE NO. 3:19-CV-00265-SLG |
| SALMONSTATE, *et al.*,<br><br>    Plaintiffs,<br>v.<br>CHRIS HLADICK, U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>    Defendants. | CASE NO. 3:19-CV-00267-SLG |
| TROUT UNLIMITED,<br><br>    Plaintiffs,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>    Defendants. | CASE NO. 3:19-CV-00268-SLG |

## CERTIFICATION OF INDEX TO EPA'S ADMINISTRATIVE RECORD

The materials listed in the attached index constitute the United States Environmental Protection Agency's ("EPA's") administrative record for the EPA's action, published in the Federal Register on August 30, 2019, titled: Notification of Decision to Withdraw Proposed

CASE NO. 3:19-CV-00265-SLG (CONSOLIDATED) - 1

Determination to Restrict the Use of an Area as a Disposal Site; Pebble Deposit Area, Southwest Alaska ("Notification of Decision to Withdraw").

I, Daniel Opalski, hereby declare as follows:

1. I am the Director for EPA Region 10's Water Division. My responsibilities as Director include overseeing and supervising the work of the Wetlands and Oceans Section within the Standards, Assessment, and Watershed Management Branch. This Section is responsible for EPA Region 10's work related to Section 404 of the Clean Water Act, including Section 404(c) and the above-titled Notification of Decision to Withdraw.

2. EPA staff under my direction are responsible for assembling and maintaining the documents that constitute the administrative record for the above-titled Notification of Decision to Withdraw.

3. Based on information provided to me by EPA staff, I certify that, to the best of my knowledge, the documents listed in the attached index constitute the complete administrative record that EPA considered in issuing the above-titled Notification of Decision to Withdraw.

I certify under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: 12/9/2019

Daniel D. Opalski, Director
Water Division
U.S. Environmental Protection Agency
Region 10
Seattle, Washington