# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHRIS HLADICK <br> U.S. Environmental Protection Agency, *et al.*, <br><br> Defendants. | Case No. 3:19-cv-00265-SLG <br><br> **ORDER ESTABLISHING REVISED BRIEFING SCHEDULE** |
| SALMON STATE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHRIS HLADICK <br> U.S. Environmental Protection Agency, *et al.*, <br><br> Defendants. | |
| TROUT UNLIMITED, <br><br> Plaintiff, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants. | |

Before the Court at Docket 40 is the parties' Stipulation and Joint Motion for Vacatur of Scheduling Order and for Entry of New Briefing Schedule. The stipulation and joint motion is hereby GRANTED, and the November 18, 2019, Scheduling Order[1] is amended as follows:

| Document / Action | Deadline | Page/Word Limits |
|---|---|---|
| Defendants' Reply in Support of Motion to Dismiss | 1/21/2020[2] | 20/5,700 |
| Agency Record and Revised Index | 1/31/2020 (may be filed sooner) | N/A |
| Plaintiffs' Joint Opening Merits Brief [and up to a total of three supplemental briefs (one brief in each of the three cases) filed by plaintiffs] | 21 days after submission of the Agency Record and Revised Index | 35/10,000 for a joint brief filed on behalf of all Plaintiffs 7/2000 for optional Supplemental Merits Briefs that may be filed by Plaintiffs in each of the three actions |
| Defendants' Opposition to Plaintiffs' Opening Merits Brief(s) | 40 days after Plaintiffs' Opening Merits Brief | 35/10,000, plus 7/2,000 additional for each Supplemental Merits Brief |
| Plaintiffs' Joint Reply Brief | 21 days after Defendants' Opposition to Plaintiffs' Opening Merits Brief(s) | 20/5,700 if no Supplemental Merits Briefs are filed; 25/6,875 if Supplemental Merits Briefs are filed |
| Request for Oral Argument, if any | 7 days after Plaintiffs' Joint Reply Brief | N/A |
| Joint Appendix | 14 days after Plaintiffs' Joint Reply Brief | N/A |

---

[1] *See* Docket 27.

[2] This date is unchanged.

Case No. 3:19-cv-00265-SLG, *Bristol Bay Economic Development Corp., et al. v. Hladick, et al.*
Order Establishing Revised Briefing Schedule

Page 2 of 3

Case 3:19-cv-00265-SLG   Document 41   Filed 01/17/20   Page 2 of 3

DATED this 17th day of January, 2020, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:19-cv-00265-SLG, *Bristol Bay Economic Development Corp., et al. v. Hladick, et al.*
Order Establishing Revised Briefing Schedule

Page 3 of 3

Case 3:19-cv-00265-SLG   Document 41   Filed 01/17/20   Page 3 of 3