Jeffrey M. Feldman (AK Bar No. 7605029)
SUMMIT LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Phone: (206) 676-7000
jeff@summitlaw.com

Ralph H. Palumbo (*Pro Hac Vice*)
Lynn M. Engel (*Pro Hac Vice*)
YARMUTH LLP
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Phone: (206) 516-3800
rpalumbo@yarmuth.com
lengel@yarmuth.com

*Attorneys for Bristol Bay Economic Development Corporation, Bristol Bay Native Association, Inc., and Bristol Bay Reserve Association*

Megan R. Condon (AK Bar No. 1810096)
Matthew N. Newman (AK Bar No. 1305023)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Phone: (907) 276-0680
mcondon@narf.org
mnewman@narf.org

*Attorneys for United Tribes of Bristol Bay*

Scott Kendall (AK Bar No. 0405019)
HOLMES, WEDDLE & BARCOTT
701 W. 8th Avenue, #700
Anchorage, AK 99501
Phone: (907) 274-0666
smkendall@hwb-law.com

*Attorney for Bristol Bay Regional Seafood Development Association, Inc.*

Brian Litmans (AK Bar No. 0111068)
Katherine Strong (AK Bar No. 1105033)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201

Anchorage, AK 99501
Phone: (907) 276-4244
Email:  blitmans@trustees.org
        kstrong@trustees.org

*Attorneys for SalmonState, Alaska Center, Alaska Community Action on Toxics, Alaska Wilderness League, Cook Inletkeeper, Defenders of Wildlife, Friends of McNeil River, McNeil River Alliance, National Parks Conservation Association, National Wildlife Federation, Sierra Club, and Wild Salmon Center*

Jacqueline M. Iwata (*Pro Hac Vice*)
Thomas D. Zimpleman (*Pro Hac Vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th Street, N.W., Suite 300
Washington, DC 20005
Phone: (202) 289-2377
Email:  jiwata@nrdc.org
        tzimpleman@nrdc.org

Joel R. Reynolds (*Pro Hac Vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1314 2nd Street
Santa Monica, CA 90401
Phone: (310) 434-2300
Email:  jreynolds@nrdc.org

*Attorneys for Natural Resources Defense Council*

Thomas S. Waldo (AK Bar No. 9007047)
Erin Whalen (AK Bar No. 1508067)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Phone: (907) 586-2751
Email:  twaldo@earthjustice.org
        ewhalen@earthjustice.org


*Attorneys for Earthworks*

Austin Williams (AK Bar No. 0911067)
TROUT UNLIMITED
3105 Lake Shore Drive, Suite 102B

Anchorage, AK 99517
Tel.:   907.277.1590
Austin.Williams@tu.org

Paul A. Werner (*Pro Hac Vice*)
Steven P. Hollman (*Pro Hac Vice*)
Abraham J. Shanedling (*Pro Hac Vice*)
Rachelle P. Bishop (*Pro Hac Vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTION LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
Tel.:   202.747.1900
pwerner@sheppardmullin.com
shollman@sheppardmullin.com
ashanedling@sheppardmullin.com
rbishop@sheppardmullin.com

*Attorneys for Trout Unlimited*

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHRIS HLADICK <br> U.S. Environmental Protection Agency, *et al.*, <br><br> Defendants. | Case No. 3:19-cv-00265-SLG |
| SALMONSTATE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHRIS HLADICK, | Case No. 3:19-cv-00267-SLG |

| | |
|---|---|
| U.S. Environmental Protection Agency, *et al.*,<br><br>                        Defendants.<br><br>TROUT UNLIMITED,<br><br>                        Plaintiff,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>                        Defendants. | Case No. 3:19-cv-00268-SLG |

## PLAINTIFFS' JOINT REQUEST FOR CONSOLIDATED ORAL ARGUMENT ON BOTH MOTION TO DISMISS AND SUMMARY JUDGMENT

Pursuant to Local Rule 7.1(f), Plaintiffs jointly request consolidated oral argument for both Defendants' motion to dismiss and for Plaintiffs' soon-to-be filed motion for summary judgment.[1] Because the two motions present related issues and arguments, it would be most efficient for the parties and the Court to hold consolidated oral argument after the completion of briefing both motions.

Therefore, Plaintiffs respectfully request that the Court schedule oral argument after briefing on Plaintiffs' summary judgment motion is complete.

---

[1] Plaintiffs' motion for summary judgment was complete and ready for filing on January 16, 2020 as contemplated by the Court's original scheduling order. But the motion was held back, and a new schedule set, only because Defendants indicated just prior to the filing that they wanted to add additional documents to the Administrative Record. Thus, while the summary judgment motion has not yet been formally filed, the arguments it will advance are known.

Respectfully submitted on this 24th day of January, 2020.

*s/ Jeffrey M. Feldman*
Jeffrey M. Feldman (AK Bar No. 7605029)
SUMMIT LAW GROUP PLLC

Ralph H. Palumbo (*Pro Hac Vice*)
Lynn M. Engel (*Pro Hac Vice*)
YARMUTH LLP

*Attorneys for Bristol Bay Economic Development Corporation, Bristol Bay Native Association, Inc., and Bristol Bay Reserve Association*

*s/ Megan R. Condon*
Megan R. Condon (AK Bar No. 1810096)
Matthew N. Newman (AK Bar No. 1305023)
NATIVE AMERICAN RIGHTS FUND

*Attorneys for United Tribes of Bristol Bay*

*s/ Scott Kendall*
Scott Kendall (AK Bar No. 0405019)
HOLMES, WEDDLE & BARCOTT

*Attorney for Bristol Bay Regional Seafood Development Association, Inc.*

s/ Brian Litmans
Brian Litmans (AK Bar No. 0111068)
Katherine Strong (AK Bar No. 1105033)
TRUSTEES FOR ALASKA

*Attorneys for SalmonState, Alaska Center, Alaska Community Action on Toxics, Alaska Wilderness League, Cook Inletkeeper, Defenders of Wildlife, Friends of McNeil River, McNeil River Alliance,*

*National Parks Conservation Association, National Wildlife Federation, Sierra Club, and Wild Salmon Center*

s/ Jacqueline M. Iwata
Jacqueline M. Iwata (*Pro Hac Vice*)
Thomas D. Zimpleman (*Pro Hac Vice*)
Joel R. Reynolds (*Pro Hac Vice*)
NATURAL RESOURCES DEFENSE COUNCIL

*Attorneys for Natural Resources Defense Council*

s/ Thomas S. Waldo
Thomas S. Waldo (AK Bar No. 9007047)
Erin Whalen (AK Bar No. 1508067)
EARTHJUSTICE

*Attorneys for Earthworks*

s/ Austin Williams
Austin Williams (AK Bar No. 0911067)
TROUT UNLIMITED

Paul A. Werner (*Pro Hac Vice*)
Steven P. Hollman (*Pro Hac Vice*)
Abraham J. Shanedling (*Pro Hac Vice*)
Rachelle P. Bishop (*Pro Hac Vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

*Attorneys for Trout Unlimited*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 24, 2020, I filed foregoing **PLAINTIFFS' JOINT REQUEST FOR CONSOLIDATED ORAL ARGUMENT ON BOTH MOTION TO DISMISS AND SUMMARY JUDGMENT** using the Court's CM/ECF system, which serves copies on counsel of record.

                                                    /s/ Heidi Helling