Jeffrey M. Feldman (AK Bar No. 7605029)
SUMMIT LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Phone: (206) 676-7000
jeff@summitlaw.com

Ralph H. Palumbo (*Pro Hac Vice*)
Lynn M. Engel (*Pro Hac Vice*)
YARMUTH LLP
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Phone: (206) 516-3800
rpalumbo@yarmuth.com
lengel@yarmuth.com

*Attorneys for Bristol Bay Economic Development Corporation, Bristol Bay Native Association, Inc., and Bristol Bay Reserve Association*

Megan R. Condon (AK Bar No. 1810096)
Matthew N. Newman (AK Bar No. 1305023)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Phone: (907) 276-0680
mcondon@narf.org
mnewman@narf.org

*Attorneys for United Tribes of Bristol Bay*

Scott Kendall (AK Bar No. 0405019)
HOLMES, WEDDLE & BARCOTT
701 W. 8th Avenue, #700
Anchorage, AK 99501
Phone: (907) 274-0666
smkendall@hwb-law.com

*Attorney for Bristol Bay Regional Seafood Development Association, Inc.*

Brian Litmans (AK Bar No. 0111068)
Katherine Strong (AK Bar No. 1105033)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201

Anchorage, AK 99501
Phone: (907) 276-4244
Email: blitmans@trustees.org
       kstrong@trustees.org

*Attorneys for SalmonState, Alaska Center, Alaska Community Action on Toxics, Alaska Wilderness League, Cook Inletkeeper, Defenders of Wildlife, Friends of McNeil River, McNeil River Alliance, National Parks Conservation Association, National Wildlife Federation, Sierra Club, and Wild Salmon Center*

Jacqueline M. Iwata (*Pro Hac Vice*)
Thomas D. Zimpleman (*Pro Hac Vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th Street, N.W., Suite 300
Washington, DC 20005
Phone: (202) 289-2377
Email: jiwata@nrdc.org
       tzimpleman@nrdc.org

Joel R. Reynolds (*Pro Hac Vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1314 2nd Street
Santa Monica, CA 90401
Phone: (310) 434-2300
Email: jreynolds@nrdc.org

*Attorneys for Natural Resources Defense Council*

Thomas S. Waldo (AK Bar No. 9007047)
Erin Whalen (AK Bar No. 1508067)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Phone: (907) 586-2751
Email: twaldo@earthjustice.org
       ewhalen@earthjustice.org

*Attorneys for Earthworks*

Austin Williams (AK Bar No. 0911067)
TROUT UNLIMITED
3105 Lake Shore Drive, Suite 102B
Anchorage, AK 99517

Tel.: 907.277.1590
Austin.Williams@tu.org

Paul A. Werner (*Pro Hac Vice*)
Steven P. Hollman (*Pro Hac Vice*)
Abraham J. Shanedling (*Pro Hac Vice*)
Rachelle P. Bishop (*Pro Hac Vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTION LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
Tel.: 202.747.1900
pwerner@sheppardmullin.com
shollman@sheppardmullin.com
ashanedling@sheppardmullin.com
rbishop@sheppardmullin.com

*Attorneys for Trout Unlimited*

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> CHRIS HLADICK <br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants. | Case No. 3:19-cv-00265-SLG |
| SALMON STATE, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> CHRIS HLADICK <br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants. | Case No. 3:19-cv-00267-SLG |
| TROUT UNLIMITED, <br><br> Plaintiff, <br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.* <br><br> Defendants. | Case No. 3:19-cv-00268-SLG |

**PLAINTIFFS' NON-OPPOSITION TO THE STATE OF ALASKA'S MOTION
TO INTERVENE**

Plaintiffs respectfully respond to the State of Alaska's ("State's") Motion to Intervene pursuant to Fed. R. Civ. P. 24, filed on February 7, 2020. ECF #51. Plaintiffs do not oppose the State's intervention, so long as intervention does not delay the resolution of this time-sensitive case. It is our understanding that the State does not intend to disrupt this Court's scheduling order by filing a separate Motion to Dismiss or any briefing on the Defendants' Motion to Dismiss, ECF # 36. Because the State has moved to intervene subsequent to the December 10, 2019, deadline for filing motions to dismiss, such a motion by the State would not be timely in any event. *See* ECF #27 at 3.

Plaintiffs have conferred with counsel for the State and Defendants on a revised schedule for briefing summary judgment. Should the State be granted intervention, the parties agree to the following schedule change:

| | |
|---|---|
| Defendant-Intervenor State of Alaska's Opposition to Plaintiffs' Opening Merits Brief | March 31, 2020 |
| Plaintiffs' Joint Reply Brief | April 14, 2020 |

Plaintiffs do not concede any allegations or arguments made by the State in its Motion to Intervene.

Respectfully submitted on this 20th day of February, 2020,

*s/ Brian Litmans*
Brian Litmans (AK Bar No. 0111068)
Katherine Strong (AK Bar No. 1105033)
TRUSTEES FOR ALASKA

Pls.' Non-Opp. to State of Alaska's Mot. to Intervene                                                                 Page 5
*Bristol Bay Economic Development Corp. v. Hladick*, Case No. 3:19-cv-00265-SLG

Case 3:19-cv-00265-SLG   Document 54   Filed 02/20/20   Page 5 of 7

*Attorneys for SalmonState, Alaska Center, Alaska Community Action on Toxics, Alaska Wilderness League, Cook Inletkeeper, Defenders of Wildlife, Friends of McNeil River, McNeil River Alliance, National Parks Conservation Association, National Wildlife Federation, Sierra Club, and Wild Salmon Center*

*/s Thomas Zimpleman*
Jacqueline M. Iwata (*Pro Hac Vice*)
Thomas D. Zimpleman (*Pro Hac Vice*)
Joel R. Reynolds (*Pro Hac Vice*)
NATURAL RESOURCES DEFENSE COUNCIL
*Attorneys for Natural Resources Defense Council*

*s/ Jeffrey M. Feldman*
Jeffrey M. Feldman (AK Bar No. 7605029)
SUMMIT LAW GROUP PLLC

Ralph H. Palumbo (*Pro Hac Vice*)
Lynn M. Engel (*Pro Hac Vice*)
YARMUTH LLP
*Attorneys for Bristol Bay Economic Development, Bristol Bay Native Association, Inc., and Bristol Bay Reserve Association*

*s/ Megan R. Condon*
Megan R. Condon (AK Bar No. 1810096)
Matthew N. Newman (AK Bar No. 1305023)
NATIVE AMERICAN RIGHTS FUND
*Attorneys for United Tribes of Bristol Bay*

*s/ Scott Kendall*
Scott Kendall (AK Bar No. 0405019)
HOLMES, WEDDLE & BARCOTT
*Attorney for Bristol Bay Regional Seafood Development Association, Inc.*

Pls.' Non-Opp. to State of Alaska's Mot. to Intervene                                  Page 6
*Bristol Bay Economic Development Corp. v. Hladick*, Case No. 3:19-cv-00265-SLG

Case 3:19-cv-00265-SLG   Document 54   Filed 02/20/20   Page 6 of 7

*s/ Thomas S. Waldo*
Thomas S. Waldo (AK Bar No. 9007047)
Erin Whalen (AK Bar No. 1508067)
EARTHJUSTICE
*Attorneys for Earthworks*

*s/ Austin Williams*
Austin Williams (AK Bar No. 0911067)
TROUT UNLIMITED

Paul A. Werner (*Pro Hac Vice*)
Steven P. Hollman (*Pro Hac Vice*)
Abraham J. Shanedling (*Pro Hac Vice*)
Rachelle P. Bishop (*Pro Hac Vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
*Attorneys for Trout Unlimited*

Pls.' Non-Opp. to State of Alaska's Mot. to Intervene　　　　　　　　　　　　　　Page 7
*Bristol Bay Economic Development Corp. v. Hladick*, Case No. 3:19-cv-00265-SLG

Case 3:19-cv-00265-SLG   Document 54   Filed 02/20/20   Page 7 of 7