BRYAN SCHRODER
United States Attorney
District of Alaska

MARK A. NITCZYNSKI
U.S. Department of Justice – ENRD
Environmental Defense Section
999 18th Street; South Terrace; Suite 370
Denver, CO 80202
Phone: (303) 844-1498; Fax: (303) 844-1350
Email: mark.nitczynski@usdoj.gov
BRIAN UHOLIK
Environment and Natural Resources Division
4 Constitution Square
150 M Street, N.E.
EDS/4th Floor
Washington, D.C. 20002
Phone: (202) 305-0733; Fax: (202) 514-8865
Email: brian.uholik@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA
# AT ANCHORAGE

| | |
|---|---|
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>CHRIS HLADICK, U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants. | CASE NO. 3:19-CV-00265-SLG |
| SALMONSTATE, *et al.,*<br><br>Plaintiffs,<br><br>v. | CASE NO. 3:19-CV-00267-SLG |

CASE NO. 3:19-CV-00265-SLG (CONSOLIDATED) - 1

| | |
|---|---|
| CHRIS HLADICK, U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | |
| Defendants. | |
| TROUT UNLIMITED, | CASE NO. 3:19-CV-00268-SLG |
| Plaintiffs, | |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | |
| Defendants. | |

# DEFENDANTS' RESPONSE TO MOTION TO INTERVENE

Without conceding any facts alleged or legal positions asserted in the Motion to Intervene filed by the State of Alaska, ECF 51, Defendants in these consolidated cases take no position on that motion.

Respectfully submitted this 21st day of February, 2020.

  /s/  Mark A. Nitczynski
MARK A. NITCZYNSKI
United States Department of Justice - ENRD
Environmental Defense Section
999 18th Street; South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1498; Fax: (303) 844-1350
Email: mark.nitczynski@usdoj.gov

BRIAN UHOLIK
Environment and Natural Resources Division
4 Constitution Square
150 M Street, N.E.
EDS/4th Floor
Washington, D.C. 20002
Phone: (202) 305-0733; Fax: (202) 514-8865

Email: brian.uholik@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2020, I filed the foregoing DEFENDANTS' RESPONSE TO MOTION TO INTERVENE using the Court's CM/ECF system, which serves copies on counsel of record.

/s/ Mark A. Nitczynski