# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHRIS HLADICK,<br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>    Defendants. | Case No. 3:19-cv-00265-SLG<br><br>**ORDER RE MOTION TO INTERVENE** |
| SALMONSTATE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHRIS HLADICK,<br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>    Defendants. | Case No. 3:19-cv-00267-SLG |
| TROUT UNLIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>    Defendants. | Case No. 3:19-cv-00268-SLG |

Before the Court at Docket 51 is the State of Alaska's Motion to Intervene. Plaintiffs' non-opposition is at Docket 54, wherein Plaintiffs state that the parties have agreed to a revised briefing schedule, "[s]hould the State be granted intervention."[1] In light of Plaintiffs' non-opposition, the State's motion is hereby GRANTED.

IT IS THEREFORE ORDERED that the State of Alaska is recognized as an intervenor party in the above-captioned matter.

IT IS FURTHER ORDERED that the briefing schedule in this matter is amended as follows:

- Defendant-Intervenor State of Alaska's Opposition to Plaintiffs' Opening Merits Brief is due no later than **March 31, 2020**.
- Plaintiffs' Joint Reply Brief is due no later than **April 14, 2020**.

DATED this 21st day of February, 2020 at Anchorage, Alaska.

 */s/ Sharon L. Gleason*
 UNITED STATES DISTRICT JUDGE

---

[1] Docket 54 at 5. Defendants take no position on the motion to intervene. Docket 55 at 2.

Case No. 3:19-cv-00265-SLG, *Bristol Bay Economic Development Corporation, et al. v. Hladick, et al.*
Order re Motion to Intervene
Page 2 of 2
Case 3:19-cv-00265-SLG   Document 56   Filed 02/21/20   Page 2 of 2