KEVIN G. CLARKSON
ATTORNEY GENERAL

LAEL A. HARRISON
Assistant Attorney General
Department of Law
123 4th Street, Suite 600
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2520
Email: lael.harrison@alaska.gov

*Attorney for Intervenor*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHRIS HLADICK; U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants. | Case No. 3:19-cv-00265-SLG |
| SALMON STATE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHRIS HLADICK; U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants. | Case No. 3:19-cv-00267-SLG |

| | |
|---|---|
| TROUT UNLIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHRIS HLADICK; U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | ) ) ) ) |
| | ) Case No. 3:19-cv-00268-SLG |
| Defendants. | ) |

## UNOPPOSED MOTION FOR TELEPHONIC PARTICIPATION

Pursuant to Local Civil Rule 7.3(i), Defendant intervenor State of Alaska moves the Court for an order to allow for the telephonic attendance of its counsel Lael Harrison at the hearing scheduled for Monday March 2, 2020 at 10am on the federal defendants' motion to dismiss. The State does not intend to take a position on the motion to dismiss; Ms. Harrison intends only to audit the hearing. Ms. Harrison works in the Juneau office of the Alaska Department of Law, and allowing her to attend telephonically will save the State travel costs. Her telephonic appearance will not prejudice either party as she does not intend to participate in the arguments. Undersigned counsel has conferred with counsel for both the plaintiffs and the federal defendants, and this motion is not opposed.

DATED: February 25, 2020.

            KEVIN G. CLARKSON
            ATTORNEY GENERAL

          By: /s/ Lael A. Harrison
            Lael A. Harrison
            Alaska Bar No. 0811093

*Bristol Bay Economic Dev. Corp. v. Hladick, et al.*    3:19-cv-00265-SLG (Consolidated)
UNOPPOSED MOTION FOR TELEPHONIC PARTICIPATION   Page 2 of 2
Case 3:19-cv-00265-SLG   Document 57  Filed 02/25/20  Page 2 of 2