BRYAN SCHRODER
United States Attorney
District of Alaska

MARK A. NITCZYNSKI
U.S. Department of Justice – ENRD
Environmental Defense Section
999 18th Street; South Terrace; Suite 370
Denver, CO 80202
Phone: (303) 844-1498; Fax: (303) 844-1350
Email: mark.nitczynski@usdoj.gov

BRIAN UHOLIK
Environment and Natural Resources Division
4 Constitution Square
150 M Street, N.E.
EDS/4th Floor
Washington, D.C. 20002
Phone: (202) 305-0733; Fax: (202) 514-8865
Email: brian.uholik@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA
# AT ANCHORAGE

| | |
|---|---|
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*, | CASE NO. 3:19-CV-00265-SLG |
| Plaintiffs, | |
| v. | |
| CHRIS HLADICK, U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | |
| Defendants. | |
| SALMONSTATE, *et al.*, | CASE NO. 3:19-CV-00267-SLG |
| Plaintiffs, | |

CASE NO. 3:19-CV-00265-SLG (CONSOLIDATED) - 1

|                                      |                           |
| ------------------------------------ | ------------------------- |
| v.                                   |                           |
| CHRIS HLADICK, U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | |
| Defendants.                          |                           |
| TROUT UNLIMITED,                     | CASE NO. 3:19-CV-00268-SLG |
| Plaintiffs,                          |                           |
| v.                                   |                           |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | |
| Defendants.                          |                           |

# DEFENDANTS' UNOPPOSED MOTION
# FOR TELEPHONIC PARITICIPATION

Pursuant to Local Civil Rule 7.3(i), Defendants move this Court for an order to allow for the telephonic attendance of Brian S. Uholik at the oral argument scheduled for Monday, March 2, 2020, at 10:00 am on the United States' motion to dismiss. Mr. Uholik is an attorney at the Department of Justice in Washington, D.C. Allowing him to attend telephonically will save the United States significant travel costs. Additionally, his telephonic attendance will not prejudice any party because Mr. Uholik does not intend to participate in the argument.

This Court has granted the requests of other parties to attend telephonically, and has established a dial-in procedure for parties to do so. ECF 59.

Undersigned counsel has conferred with the parties' counsel, who authorized him to state that this motion is unopposed.

CASE NO. 3:19-CV-00265-SLG (CONSOLIDATED) - 2

Respectfully submitted this 28th day of February, 2020.

/s/ Mark A. Nitczynski
MARK A. NITCZYNSKI
United States Department of Justice - ENRD
Environmental Defense Section
999 18th Street; South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1498; Fax: (303) 844-1350
Email: mark.nitczynski@usdoj.gov

BRIAN UHOLIK
Environment and Natural Resources Division
4 Constitution Square
150 M Street, N.E.
EDS/4th Floor
Washington, D.C. 20002
Phone: (202) 305-0733; Fax: (202) 514-8865
Email: brian.uholik@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2020, I filed the foregoing DEFENDANTS' MOTION FOR TELEPHONIC PARTICIPATION using the Court's CM/ECF system, which serves copies on counsel of record.

/s/ Mark A. Nitczynski