Jeffrey M. Feldman (AK Bar No. 7605029)
SUMMIT LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Phone: (206) 676-7000
jeff@summitlaw.com

Ralph H. Palumbo (*Pro Hac Vice*)
Lynn M. Engel (*Pro Hac Vice*)
YARMUTH LLP
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Phone: (206) 516-3800
rpalumbo@yarmuth.com
lengel@yarmuth.com

*Attorneys for Bristol Bay Economic Development Corporation, Bristol Bay Native Association, Inc., and Bristol Bay Reserve Association*

Megan R. Condon (AK Bar No. 1810096)
Matthew N. Newman (AK Bar No. 1305023)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Phone: (907) 276-0680
mcondon@narf.org
mnewman@narf.org

*Attorneys for United Tribes of Bristol Bay*

Scott Kendall (AK Bar No. 0405019)
HOLMES, WEDDLE & BARCOTT
701 W. 8th Avenue, #700
Anchorage, AK 99501
Phone: (907) 274-0666
smkendall@hwb-law.com

*Attorney for Bristol Bay Regional Seafood Development Association, Inc.*

Brian Litmans (AK Bar No. 0111068)
Katherine Strong (AK Bar No. 1105033)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201

Anchorage, AK 99501
Phone: (907) 276-4244
Email:   blitmans@trustees.org
         kstrong@trustees.org

*Attorneys for SalmonState, Alaska Center, Alaska Community Action on Toxics, Alaska Wilderness League, Cook Inletkeeper, Defenders of Wildlife, Friends of McNeil River, McNeil River Alliance, National Parks Conservation Association, National Wildlife Federation, Sierra Club, and Wild Salmon Center*

Jacqueline M. Iwata (*Pro Hac Vice*)
Thomas D. Zimpleman (*Pro Hac Vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th Street, N.W., Suite 300
Washington, DC 20005
Phone: (202) 289-2377
Email:  jiwata@nrdc.org
        tzimpleman@nrdc.org

Joel R. Reynolds (*Pro Hac Vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1314 2nd Street
Santa Monica, CA 90401
Phone: (310) 434-2300
Email:   jreynolds@nrdc.org

*Attorneys for Natural Resources Defense Council*

Thomas S. Waldo (AK Bar No. 9007047)
Erin Whalen (AK Bar No. 1508067)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Phone: (907) 586-2751
Email:   twaldo@earthjustice.org
         ewhalen@earthjustice.org


*Attorneys for Earthworks*

Austin Williams (AK Bar No. 0911067)
TROUT UNLIMITED
3105 Lake Shore Drive, Suite 102B

Anchorage, AK 99517
Tel.:   907.277.1590
Austin.Williams@tu.org

Paul A. Werner (*Pro Hac Vice*)
Steven P. Hollman (*Pro Hac Vice*)
Abraham J. Shanedling (*Pro Hac Vice*)
Rachelle P. Bishop (*Pro Hac Vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTION LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
Tel.:   202.747.1900
pwerner@sheppardmullin.com
shollman@sheppardmullin.com
ashanedling@sheppardmullin.com
rbishop@sheppardmullin.com

*Attorneys for Trout Unlimited*

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*,<br><br>                    Plaintiffs,<br><br>         v.<br><br>CHRIS HLADICK<br>U.S. Environmental Protection Agency, *et al.*,<br><br>                    Defendants. | Case No. 3:19-cv-00265-SLG |
| SALMONSTATE, *et al.*,<br><br>                    Plaintiffs,<br><br>         v.<br><br>CHRIS HLADICK, | Case No. 3:19-cv-00267-SLG |

| | |
|---|---|
| U.S. Environmental Protection Agency, *et al.*,<br><br>　　　　　　　　　　　Defendants.<br><br>TROUT UNLIMITED,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:19-cv-00268-SLG |

**PLAINTIFFS' JOINT MOTION TO EXPEDITE CONSIDERATION OF PLAINTIFFS' MOTION TO LIFT STAY UNDER MISCELLANEOUS GENERAL ORDER NO. 20-11**

Plaintiffs Bristol Bay Economic Development Council, *et al.* move the Court to expedite consideration of Plaintiffs' Motion to Lift Stay Under Miscellaneous General Order No. 20-11, Doc. 65, pursuant to Local Rule 7.3(a). The Environmental Protection Agency (EPA) takes no position on this motion and the State opposes this motion. *See* Declaration of Brian Litmans in Support of Plaintiffs' Motions to Lift Stay and Expedite Consideration at ¶¶ 5–7 (filed contemporaneously with this motion).

I.　　**STATEMENT OF RELEVANT FACTS**

Plaintiffs challenge EPA's withdrawal of its Proposed Determination under Section 404(c) of the Clean Water Act. While in place, the Proposed Determination

prevented the Army Corps of Engineers (the Corps) from issuing a Section 404 permit for the proposed Pebble Mine in the headwaters of Bristol Bay. *See generally* Doc. 1.

Notwithstanding the claims raised in this case, the Corps is continuing its permitting process. In late March, the Corps announced that it plans on releasing its Final Environmental Impact Statement (FEIS) in mid-June with a Record of Decision (ROD) to be issued approximately 60 days later. *See* Declaration of Wesley James Furlong in Support of Plaintiffs' Motion to Lift Stay at ¶¶ 3, 5–8, 10.[1]

Plaintiffs raised the Corps' permitting schedule in their Joint Opening Summary Judgment Brief, noting that "[t]he Corps has stated that it anticipates issuing a decision on [Pebble Limited Partnership's] permit application in the fall of 2020 although it has not updated its project website." Doc. 48 at 33, *citing* Doc. 40 at 3 n.2. The Corps remains on schedule. It could issue a decision as soon as mid-July, although it has advised cooperating agencies that it will issue a decision approximately 60 days after it completes its FEIS. *See* Furlong Declaration at ¶ 8. Under this schedule, the Corps would issue its ROD in mid-August.

Plaintiffs' requested remedy — vacating the withdrawal of the Proposed Determination — has significant legal ramifications on the Section 404 permitting process. The Proposed Determination precludes the Corps from issuing a Section 404

---

[1] Pursuant to the National Environmental Policy Act's implementing regulations, the Corps can issue a ROD thirty days or later from the date the FEIS is noticed in the Federal Register. 40 C.F.R. § 1506.10(b)(2).

Pls.' Joint Mot. to Expedite     Page 5
*Bristol Bay Economic Development Corp. v. Hladick*, Case No. 3:19-cv-00265-SLG

permit to Pebble Limited Partnership (PLP). *See* 33 C.F.R. § 323.6(b). Should the Corps issue its Section 404 permit prior to this Court addressing the merits, Plaintiffs' relief will be significantly prejudiced and lack the legal impact a Section 404(c) process is intended to have on the Corps permitting process. Plaintiffs have therefore consistently sought to move this case along as expeditiously as possible, to ensure the Court has time to rule before the Corps issues a Section 404 permit to PLP. *See, e.g.,* Doc. 23 at 4 (requesting a ruling by May 1, 2020). When the State of Alaska (State) moved to intervene in the case on February 7, 2020, Plaintiffs did not oppose "so long as intervention does not delay the resolution of this time-sensitive case." Doc. 54 at 5. In granting intervention, this Court ordered the State to submit its Opening Merits Brief "no later than **March 31, 2020**," and Plaintiffs' to submit their Joint Reply Brief by April 14, 2020, two weeks later. Doc. 56 at 2.

However, pursuant to Miscellaneous General Order No. 20-11 (MGO 20-11), issued on March 30, 2020, this Court stayed all civil cases for 30 days unless otherwise ordered by the presiding judge in each specific case. MGO 20-11 at B.1. In addition to staying any hearings until after May 1, 2020, the District Court stayed all filing deadlines, pending further order of the assigned judge. MGO 20-11 at B.5. Upon receiving this order, Plaintiffs reached out to the State asking whether the State still planned to file its brief on March 31, 2020. *See* Decl. of Brian Litmans at ¶ 2; *see also* Exhibit A to Litmans Decl. at 4. The State initially responded that it was not planning to file on the 31st of

March, but that it could file by April 6, 2020. *See* Decl. of Brian Litmans at ¶ 3; *see also* Exhibit A to Litmans Decl. at 2. Soon thereafter, however, the State changed course and advised that it did *not* plan to file a brief until the Court's stay under MGO 20-11 was lifted. *See* Decl. of Brian Litmans at ¶¶ 4–5; *see also* Exhibit A to Litmans Decl. at 1–2. Such delay would be detrimental to this time-sensitive case, jeopardizing this Court's ability to rule before the Corps issues a ROD as early as mid-July.

## II. THE COURT SHOULD EXPEDITE PLAINTIFFS' MOTION TO LIFT STAY UNDER MISCELLANEOUS GENERAL ORDER NO. 20-11

Because of the impending Corps permit decision, time is of the essence in this case. Should Plaintiffs succeed in this action to reinstate the Proposed Determination, the Corps would be unable to issue a permit until and unless EPA lawfully determines that such a permit would not subject the Bristol Bay watershed to unacceptable adverse effects. To ensure that this court is able to rule prior to a Corps permitting decision, it is essential that briefing continue as expeditiously as possible under the circumstances. This time pressure provides good cause for expedited consideration of Plaintiffs' Joint Motion to Lift Stay Under MGO 20-11. Per Local Rule 7.3(a), plaintiffs have made a good faith effort to find resolution with the State prior to submitting this motion. Decl. of Brian Litmans at ¶¶ 2–6. The State has indicated that it will try to respond to Plaintiffs' Motion to Lift Stay by April 8, 2020. Decl. of Brian Litmans at ¶ 6. Plaintiffs therefore respectfully request that this Court expedite consideration of and rule on Plaintiffs' Joint Motion to Lift Stay Under MGO 20-11 by April 13, 2020.

Pls.' Joint Mot. to Expedite                                                                                                          Page 7
*Bristol Bay Economic Development Corp. v. Hladick*, Case No. 3:19-cv-00265-SLG

Case 3:19-cv-00265-SLG   Document 66   Filed 04/06/20   Page 7 of 9

Respectfully submitted on this 6th day of April, 2020.

    *s/ Jeffrey M. Feldman*
    Jeffrey M. Feldman (AK Bar No. 7605029)
    SUMMIT LAW GROUP PLLC

    Ralph H. Palumbo (*Pro Hac Vice*)
    Lynn M. Engel (*Pro Hac Vice*)
    YARMUTH LLP

    *Attorneys for Bristol Bay Economic Development Corporation, Bristol Bay Native Association, Inc., and Bristol Bay Reserve Association*

    *s/ Megan R. Condon*
    Megan R. Condon (AK Bar No. 1810096)
    Matthew N. Newman (AK Bar No. 1305023)
    NATIVE AMERICAN RIGHTS FUND

    *Attorneys for United Tribes of Bristol Bay*

    *s/ Scott Kendall*
    Scott Kendall (AK Bar No. 0405019)
    HOLMES, WEDDLE & BARCOTT

    *Attorney for Bristol Bay Regional Seafood Development Association, Inc.*

    *s/ Jacqueline M. Iwata*
    Jacqueline M. Iwata (*Pro Hac Vice*)
    Thomas D. Zimpleman (*Pro Hac Vice*)
    Joel R. Reynolds (*Pro Hac Vice*)
    NATURAL RESOURCES DEFENSE COUNCIL

    *Attorneys for Natural Resources Defense Council*

    *s/ Brian Litmans*
    Brian Litmans (AK Bar No. 0111068)
    Katherine Strong (AK Bar No. 1105033)
    TRUSTEES FOR ALASKA

*Attorneys for SalmonState, Alaska Center, Alaska Community Action on Toxics, Alaska Wilderness League, Cook Inletkeeper, Defenders of Wildlife, Friends of McNeil River, McNeil River Alliance, National Parks Conservation Association, National Wildlife Federation, Sierra Club, and Wild Salmon Center*

s/ Thomas S. Waldo
Thomas S. Waldo (AK Bar No. 9007047)
Erin Whalen (AK Bar No. 1508067)
EARTHJUSTICE

*Attorneys for Earthworks*

s/ Austin Williams
Austin Williams (AK Bar No. 0911067)
TROUT UNLIMITED

Paul A. Werner (*Pro Hac Vice*)
Steven P. Hollman (*Pro Hac Vice*)
Abraham J. Shanedling (*Pro Hac Vice*)
Rachelle P. Bishop (*Pro Hac Vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

*Attorneys for Trout Unlimited*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2020, I filed foregoing **PLAINTIFFS' JOINT MOTION TO EXPEDITE CONSIDERATION OF PLAINTIFFS' JOINT MOTION TO LIFT STAY** using the Court's CM/ECF system, which serves copies on counsel of record.

/s/ Brian Litmans