THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SALMONSTATE, *et al.*,

    Plaintiffs,

v.

CHRIS HLADICK, *et al.*,

    Defendants.

Case No. 3:19-cv-00267-SLG

**[PROPOSED] ORDER GRANTING MOTION TO EXPEDITE CONSIDERATION OF PLAINTIFFS' MOTION TO LIFT STAY UNDER MISCELLANEOUS GENERAL ORDER NO. 20-11**

Upon consideration of Plaintiffs' Joint Motion to Expedite Consideration of Plaintiffs' Joint Motion to Lift Stay Under Miscellaneous General Order No. 20-11, and having found good cause, IT IS HEREBY ORDERED that the motion is GRANTED. Consideration of Plaintiffs' Motion to Lift Stay Under Miscellaneous General Order No. 20-11, ECF No. 65, and Defendant-Intervenor's Opposition is expedited. Defendant-Intervenor will file any Opposition to Plaintiffs' Joint Motion to Expedite Consideration of Plaintiffs' Joint Motion to Lift Stay no later than April 8, 2020. The Court will issue a decision by April 13, 2020.

    DATED this _____ day of April, 2020.

                                          _____
                                          HON. SHARON L. GLEASON
                                          UNITED STATES DISTRICT JUDGE