**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*,<br><br>          Plaintiffs,<br><br>               v.<br><br>CHRIS HLADICK, *et al.*,<br><br>          Defendants. | Case No. 3:19-cv-00265-SLG |
| SALMONSTATE, *et al.*,<br><br>          Plaintiffs,<br><br>               v.<br><br>CHRIS HLADICK, *et al.*<br><br>          Defendants. | Case No. 3:19-cv-00267-SLG |
| TROUT UNLIMITED,<br><br>          Plaintiff,<br><br>               v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al*.<br><br>          Defendants. | Case No. 3:19-cv-00268-SLG |

**ORDER RE MOTION TO LIFT STAY**

Before the Court at Docket 65 is Plaintiffs' Joint Motion to Lift Stay. Intervenor-Defendant, the State of Alaska, filed a response in opposition at Docket

70.  The Federal Defendants did not take a position on the motion.  In light of the fact that the District of Alaska imposed the stay of civil cases just one day before the State's brief was due in this case, the Court finds good cause to lift the stay. Therefore, IT IS ORDERED that the motion at Docket 65 is GRANTED.  The State shall file its opposition to Plaintiffs' Opening Merits Brief no later than April 14, 2020.  Plaintiffs' Joint Reply must be filed no later than two weeks from the filing of the Defendant-Intervenor's opposition brief.

      DATED this 9th  day of April, 2020 at Anchorage, Alaska.

                                        */s/ Sharon L. Gleason*
                                        UNITED STATES DISTRICT JUDGE