KEVIN G. CLARKSON
ATTORNEY GENERAL

LAEL A. HARRISON
Assistant Attorney General
Department of Law
123 4th Street, Suite 600
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2520
Email: lael.harrison@alaska.gov

*Attorney for Intervenor*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*,<br><br>　　Plaintiffs,<br><br>　v.<br><br>CHRIS HLADICK; U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>　　Defendants. | Case No.  3:19-cv-00265-SLG |
| SALMON STATE, *et al.*,<br><br>　　Plaintiffs,<br><br>　v.<br><br>CHRIS HLADICK; U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>　　Defendants. | Case No.  3:19-cv-00267-SLG |

| | |
|---|---|
| TROUT UNLIMITED, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) |
| CHRIS HLADICK; U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | ) ) ) ) |
|     Defendants. | ) ) |

Case No. 3:19-cv-00268-SLG

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2020, copies of the **BRIEF OF INTERVENOR STATE OF ALASKA** including Exhibits, and this **CERTIFICATE OF SERVICE** were served on all registered parties via the Court's ECF filing system.

/s/ Nomi R. Saxton
Nomi R. Saxton
Law Office Assistant I

*Bristol Bay Economic Dev. Corp. v. Hladick, et al.*    3:19-cv-00265-SLG (Consolidated)
STATE OF ALASKA'S CERTIFICATE OF SERVICE    Page 2 of 2

Case 3:19-cv-00265-SLG    Document 74    Filed 04/14/20    Page 2 of 2