# UNITED STATES DISTRICT COURT
для for the
District of Alaska

| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, et al., | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Civil Action No. 3:19-cv-00265-SLG |
|  | ) | (3:19-cv-00267-SLG) |
| CHRIS HLADICK, et al., | ) | (3:19-cv-00268-SLG) |
| *Defendant* |  |  |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the Plaintiff take nothing, that the action be dismissed on the merits.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: April 17, 2020

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*