Austin Williams (AK Bar No. 0911067)
TROUT UNLIMITED
3105 Lake Shore Drive, Suite 102B
Anchorage, AK 99517
Tel.:   907.277.1590
Austin.Williams@tu.org

Paul A. Werner (*Pro Hac Vice*)
Steven P. Hollman (*Pro Hac Vice*)
Abraham J. Shanedling (*Pro Hac Vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
Tel.:   202.747.1900
pwerner@sheppardmullin.com
shollman@sheppardmullin.com
ashanedling@sheppardmullin.com

*Attorneys for Plaintiff Trout Unlimited*

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> CHRIS HLADICK <br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants. | Case No. 3:19-cv-00265-SLG |
| SALMON STATE, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> CHRIS HLADICK <br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants. | Case No. 3:19-cv-00267-SLG |
| TROUT UNLIMITED, <br><br> Plaintiff, <br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.* <br><br> Defendants. | Case No. 3:19-cv-00268-SLG |

**PLAINTIFF TROUT UNLIMITED'S NOTICE OF APPEAL**
(Local Civil Rule 16.3)

Notice is hereby given that Plaintiff Trout Unlimited appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of the District Court (Dkt. # 76) and the Order Regarding Defendants' Motion to Dismiss (Dkt. #75), both of which were signed by U.S. District Judge Sharon L. Gleason and entered and docketed on April 17, 2020. Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Plaintiff-Appellant's Representation Statement is attached.

Dated: May 29, 2020

Respectfully submitted,

/s/ *Paul A. Werner*
Austin Williams (AK Bar No. 0911067)
TROUT UNLIMITED
3105 Lake Shore Drive, Suite 102B
Anchorage, AK 99517
Tel.:   907.277.1590
Austin.Williams@tu.org

Paul A. Werner (*Pro Hac Vice*)
Steven P. Hollman (*Pro Hac Vice*)
Abraham J. Shanedling (*Pro Hac Vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, Suite 100
Washington, D.C. 20006-6801
Tel.: (202) 747-1900
pwerner@sheppardmullin.com
shollman@sheppardmullin.com
ashanedling@sheppardmullin.com

*Attorneys for Plaintiff*
Trout Unlimited

# REPRESENTATION STATEMENT

**Plaintiff-Appellant**

Name of the party:

    TROUT UNLIMITED

Names, addresses, telephone numbers, and emails of counsel:

    Paul A. Werner
    Steven P. Hollman
    Abraham J. Shanedling
    Kirsten O. Ryan
    SHEPPARD, MULLIN, RICHTER & HAMPTION LLP
    2099 Pennsylvania Avenue, NW, Suite 100
    Washington, D.C. 20006-6801
    Tel.:   202.747.1900
    pwerner@sheppardmullin.com
    shollman@sheppardmullin.com
    ashanedling@sheppardmullin.com
    koryan@sheppardmullin.com

Are counsel registered for Electronic Filing in the 9th Circuit? Yes

**Defendants-Appellees**

Names of the parties:

    CHRIS HLADICK, *in his official capacity as Regional Administrator of the U.S. Environmental Protection Agency, Region 10*
    MATTHEW Z. LEOPOLD, *in his official capacity as General Counsel for EPA and delegated authority of the Administrator*
    U.S. ENVIRONMENTAL PROTECTION AGENCY
    ANDREW WHEELER, *in his official capacity as Administrator*

Names, addresses, telephone numbers, and emails of counsel:

    Mark A. Nitczynski
    U.S. Department of Justice
    Environmental and Natural Resources Division
    999 18th Street, South Terrace, Suite 370

Denver, CO 80202
Tel.:   303-844-1498
mark.nitczynski@usdoj.gov

Richard L. Pomeroy
U.S. Attorney's Office
222 West 7th Avenue, RM 253 #9
Anchorage, AK 99513
Tel.:   907-271-5071
richard.pomeroy@usdoj.gov

**Intervenor-Defendant-Appellee**

Name of party:

STATE OF ALASKA

Names, addresses, telephone numbers, and emails of counsel:

Lael A. Harrison
State of Alaska Department of Law
123 4th Street 6th Floor
Juneau, AK 99811-0300
Tel:    907-465-3600
lael.harrison@alaska.gov