UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 04 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TROUT UNLIMITED,<br><br>        Plaintiff - Appellant,<br><br> and<br><br>BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION; BRISTOL BAY NATIVE ASSOCIATION, INC.; UNITED TRIBES OF BRISTOL BAY; BRISTOL BAY REGIONAL SEAFOOD DEVELOPMENT ASSOCIATION, INC.; BRISTOL BAY RESERVE ASSOCIATION; SALMONSTATE; ALASKA CENTER; ALASKA COMMUNITY ACTION ON TOXICS; ALASKA WILDERNESS LEAGUE; COOK INLETKEEPER; DEFENDERS OF WILDLIFE; EARTHWORKS; FRIENDS OF MCNEIL RIVER; NATIONAL PARKS CONSERVATION ASSOCIATION; NATIONAL WILDLIFE FEDERATION; NATURAL RESOURCES DEFENSE COUNCIL; SIERRA CLUB; WILD SALMON CENTER; MCNEIL RIVER ALLIANCE,<br><br>        Plaintiffs, | No. 20-35504<br><br>D.C. Nos.<br><br>3:19-cv-00265-SLG,<br>3:19-cv-00267-SLG,<br>3:19-cv-00268-SLG,<br><br>U.S. District Court for Alaska, Anchorage<br><br>**TIME SCHEDULE ORDER** |

v.

CHRIS HLADICK, in his official capacity as Regional Administrator of the U.S. Environmental Protection Agency, Region 10; MATTHEW Z. LEOPOLD, in his official capacity as General Counsel for EPA and delegated authority of the Administrator; U.S. ENVIRONMENTAL PROTECTION AGENCY; ANDREW WHEELER, in his official capacity as Administrator,

        Defendants - Appellees,

STATE OF ALASKA,

        Intervenor-Defendant - Appellee.

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Thu., June 11, 2020** | Appellant's Mediation Questionnaire due. If your registration for Appellate CM/ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Mon., July 6, 2020** | Transcript shall be ordered. |
| **Wed., August 5, 2020** | Transcript shall be filed by court reporter. |
| **Mon., September 14, 2020** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Wed., October 14, 2020** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Ruben Talavera
        Deputy Clerk
        Ninth Circuit Rule 27-7