```
                    UNITED STATES COURT OF APPEALS                FILED

                         FOR THE NINTH CIRCUIT                   JUN 10 2020

                                                             MOLLY C. DWYER, CLERK
                                                              U.S. COURT OF APPEALS
```

| | |
|---|---|
| TROUT UNLIMITED,<br><br>   Plaintiff-Appellant,<br><br> and<br><br>BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION; et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>CHRIS HLADICK, in his official capacity as Regional Administrator of the U.S. Environmental Protection Agency, Region 10; et al.,<br><br>   Defendants-Appellees,<br><br>STATE OF ALASKA,<br><br>   Intervenor-Defendant-Appellee. | No. 20-35504<br><br>D.C. Nos. 3:19-cv-00265-SLG<br>      3:19-cv-00267-SLG<br>      3:19-cv-00268-SLG<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Before: GRABER and WARDLAW, Circuit Judges.

The motion to expedite (Docket Entry No. 4) is granted in part.

The opening brief is due June 24, 2020. The answering briefs are due July 22, 2020. The optional reply brief is due within 7 days after service of the answering briefs.

AC/MOATT

The Clerk shall place this case on the calendar for August 2020.  *See* 9th Cir. Gen. Order 3.3(g).