Jeffrey M. Feldman (AK Bar No. 7605029)
SUMMIT LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Phone: (206) 676-7000
jeff@summitlaw.com

Ralph H. Palumbo (*Pro Hac Vice*)
Lynn M. Engel (*Pro Hac Vice*)
YARMUTH LLP
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Phone: (206) 516-3800
rpalumbo@yarmuth.com
lengel@yarmuth.com

*Attorneys for Bristol Bay Economic Development Corporation, Bristol Bay Native Association, Inc., and Bristol Bay Reserve Association*

Megan R. Condon (AK Bar No. 1810096)
Matthew N. Newman (AK Bar No. 1305023)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Phone: (907) 276-0680
mcondon@narf.org
mnewman@narf.org

*Attorneys for United Tribes of Bristol Bay*

Scott Kendall (AK Bar No. 0405019)
CASHION GILMORE LLC
510 L Street, Suite 601
Anchorage, AK 99501
Phone: (907) 222-7932
scott@cashiongilmore.com

*Attorney for Bristol Bay Regional Seafood Development Association, Inc.*

Brian Litmans (AK Bar No. 0111068)
Katherine Strong (AK Bar No. 1105033)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
blitmans@trustees.org
kstrong@trustees.org

*Attorneys for SalmonState, Alaska Center, Alaska Community Action on Toxics, Alaska Wilderness League, Cook Inletkeeper, Defenders of Wildlife, Friends of McNeil River, McNeil River Alliance, National Parks Conservation Association, National Wildlife Federation, Sierra Club, and Wild Salmon Center*

Jacqueline M. Iwata (*Pro Hac Vice*)
Thomas D. Zimpleman (*Pro Hac Vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th Street, N.W., Suite 300
Washington, DC 20005
Phone: (202) 289-2377
jiwata@nrdc.org
tzimpleman@nrdc.org

Joel R. Reynolds (*Pro Hac Vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1314 2nd Street
Santa Monica, CA 90401
Phone: (310) 434-2300
jreynolds@nrdc.org

*Attorneys for Natural Resources Defense Council*

Thomas S. Waldo (AK Bar No. 9007047)
Erin Whalen (AK Bar No. 1508067)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Phone: (907) 586-2751
twaldo@earthjustice.org
ewhalen@earthjustice.org

*Attorneys for Earthworks*

Austin Williams (AK Bar No. 0911067)
TROUT UNLIMITED
3105 Lake Shore Drive, Suite 102B
Anchorage, AK 99517
Phone: (907) 277-1590
austin.williams@tu.org

Paul A. Werner (*Pro Hac Vice*)
Steven P. Hollman (*Pro Hac Vice*)
Abraham J. Shanedling (*Pro Hac Vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
Phone: (202) 747-1900
pwerner@sheppardmullin.com
shollman@sheppardmullin.com
ashanedling@sheppardmullin.com

*Attorneys for Trout Unlimited*

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> MICHELLE PIRZADEH, in her official capacity as Regional Administrator of the U.S. Environmental Protection Agency Region 10, *et al.*, <br><br> Defendants, <br> and <br><br> STATE OF ALASKA, <br> Intervenor-Defendant. | Case No. 3:19-cv-00265-SLG |

| | |
|---|---|
| SALMON STATE, *et al.*,<br><br>   Plaintiffs,<br> v.<br><br>MICHELLE PIRZADEH, in her official capacity as Regional Administrator of the U.S. Environmental Protection Agency Region 10, *et al.*,<br><br>   Defendants. | Case No. 3:19-cv-00267-SLG |
| TROUT UNLIMITED,<br><br>   Plaintiff,<br> v.<br><br>MICHELLE PIRZADEH, in her official capacity as Regional Administrator of the U.S. Environmental Protection Agency Region 10, *et al.*,<br><br>   Defendants. | Case No. 3:19-cv-00268-SLG |

**PLAINTIFFS' RESPONSE TO PEBBLE LIMITED PARTNERSHIP'S MOTION TO INTERVENE**

Without waiving or conceding any facts alleged or legal positions asserted in Pebble Limited Partnership's ("PLP's") Motion to Intervene (ECF #89), Plaintiffs take no position on PLP's motion.

*Bristol Bay Economic Dev. Corp. v. Pirzadeh*, 3:19-cv-00265-SLG (consolidated) Page 1
PLFS. RESPONSE TO PLP'S MOT. TO INTERVENE

Case 3:19-cv-00265-SLG Document 94 Filed 09/09/21 Page 4 of 5

Dated: September 9, 2021          Respectfully submitted,

/s/ *Paul A. Werner*

Austin Williams (AK Bar No. 0911067)
TROUT UNLIMITED
3105 Lake Shore Drive, Suite 102B
Anchorage, AK 99517
Phone: (907) 277-1590
austin.williams@tu.org

Paul A. Werner (*Pro Hac Vice*)
Steven P. Hollman (*Pro Hac Vice*)
Abraham J. Shanedling (*Pro Hac Vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, Suite 100
Washington, D.C. 20006-6801
Phone: (202) 747-1900
pwerner@sheppardmullin.com
shollman@sheppardmullin.com
ashanedling@sheppardmullin.com

*Attorneys for Trout Unlimited*

*Bristol Bay Economic Dev. Corp. v. Pirzadeh*, 3:19-cv-00265-SLG (consolidated)  Page 2
PLFS. RESPONSE TO PLP'S MOT. TO INTERVENE

Case 3:19-cv-00265-SLG   Document 94   Filed 09/09/21   Page 5 of 5