TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

BRYAN WILSON
Acting United States Attorney
District of Alaska

MARK A. NITCZYNSKI
U.S. Department of Justice – ENRD
Environmental Defense Section
999 18th Street; South Terrace; Suite 370
Denver, CO 80202
Phone: (303) 844-1498; Fax: (303) 844-1350
Email: mark.nitczynski@usdoj.gov

BRIAN UHOLIK
United States Department of Justice - ENRD
Environmental Defense Section
4 Constitution Square
150 M Street, N.E.
EDS/4th Floor
Washington, D.C. 20002
Phone: (202) 305-0733; Fax: (202) 514-8865
Email: brian.uholik@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE**

| | |
|---|---|
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.,*<br><br>Plaintiffs,<br>v.<br><br>MICHELLE PIRZADEH, in her official capacity as Regional Administrator of the U.S. Environmental Protection Agency Region 10, *et al.*, | CASE NO. 3:19-CV-00265-SLG |

CASE NO. 3:19-CV-00265-SLG (CONSOLIDATED) - 1

|  |  |
|---|---|
| Defendants,<br><br>And<br><br>STATE OF ALASKA,<br><br>        Intervenor-Defendant. |  |
| SALMONSTATE, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>MICHELLE PIRZADEH, in her official capacity as Regional Administrator of the U.S. Environmental Protection Agency Region 10, *et al.*,<br><br>        Defendants. | CASE NO. 3:19-CV-00267-SLG |
| TROUT UNLIMITED,<br><br>        Plaintiffs,<br><br>    v.<br><br>MICHELLE PIRZADEH, in her official capacity as Regional Administrator of the U.S. Environmental Protection Agency Region 10, *et al.*,<br><br>        Defendants. | CASE NO. 3:19-CV-00268-SLG |

## **DEFENDANTS' RESPONSE TO MOTION TO INTERVENE**

Without conceding any facts alleged or legal positions asserted in the Motion to Intervene filed by Pebble Limited Partnership, ECF 89, Defendants in these consolidated cases take no position on that motion.

Respectfully submitted this 9th day of September 2021.

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

CASE NO. 3:19-CV-00265-SLG (CONSOLIDATED) - 2

BRYAN WILSON
Acting United States Attorney
District of Alaska

/s/ Mark A. Nitczynski
MARK A. NITCZYNSKI
United States Department of Justice - ENRD
Environmental Defense Section
999 18th Street; South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1498; Fax: (303) 844-1350
Email: mark.nitczynski@usdoj.gov

BRIAN UHOLIK
United States Department of Justice - ENRD
Environmental Defense Section
4 Constitution Square
150 M Street, N.E.
EDS/4th Floor
Washington, D.C. 20002
Phone: (202) 305-0733; Fax: (202) 514-8865
Email: brian.uholik@usdoj.gov

*Attorneys for Defendants*