# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> MICHELLE PIRZADEH, in her official capacity as Regional Administrator of the U.S. Environmental Protection Agency Region 10, *et al.*, <br><br>  Defendants, <br><br> and <br><br> STATE OF ALASKA, *et al.*, <br><br>  Intervenor-Defendants. | Case No. 3:19-cv-00265-SLG <br><br> **(Consolidated)** |
| SALMONSTATE, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> MICHELLE PIRZADEH, in her official capacity as Regional Administrator of the U.S. Environmental Protection Agency Region 10, *et al.*, <br><br>  Defendants. | Case No. 3:19-cv-00267-SLG |

TROUT UNLIMITED,

        Plaintiff,

        v.

MICHELLE PIRZADEH, in her official capacity as Regional Administrator of the U.S. Environmental Protection Agency Region 10, *et al.*,

        Defendants.

Case No. 3:19-cv-00268-SLG

## **ORDER RE PEBBLE LIMITED PARTNERSHIP'S MOTION TO INTERVENE**

Before the Court at Docket 89 is *Pebble Limited Partnership's Motion to Intervene and Memorandum of Law in Support*. Plaintiffs take no position on the motion.[1] Defendants also take no position on the motion.[2] Intervenor-Defendants did not file a response.

Good cause being shown, IT IS ORDERED that the motion to intervene is GRANTED. Accordingly,

Pebble Limited Partnership is directed to file a clean copy of its three Answers (Dockets 90, 91, and 92) within 7 days of this order.

DATED this 21st day of September, 2021 at Anchorage, Alaska.

                                              */s/ Sharon L. Gleason*
                                              UNITED STATES DISTRICT JUDGE

---

[1] Docket 94.

[2] Docket 98.

Case No. 3:19-cv-00265-SLG, *Bristol Bay EDC, et al. v. Pirzadeh, et al.*
Order re Pebble Limited Partnership's Motion to Intervene
Page 2 of 2

Case 3:19-cv-00265-SLG   Document 99   Filed 09/21/21   Page 2 of 2