Jeffrey M. Feldman (AK Bar No. 7605029)
SUMMIT LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Phone: (206) 676-7000
jeff@summitlaw.com

Ralph H. Palumbo (*Pro Hac Vice*)
Lynn M. Engel (*Pro Hac Vice*)
YARMUTH LLP
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Phone: (206) 516-3800
rpalumbo@yarmuth.com
lengel@yarmuth.com

*Attorneys for Bristol Bay Economic Development Corporation, Bristol Bay Native Association, Inc., and Bristol Bay Reserve Association*

Megan R. Condon (AK Bar No. 1810096)
Matthew N. Newman (AK Bar No. 1305023)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Phone: (907) 276-0680
mcondon@narf.org
mnewman@narf.org

*Attorneys for United Tribes of Bristol Bay*

Scott Kendall (AK Bar No. 0405019)
CASHION GILMORE & LINDEMUTH
510 L Street, Suite 601
Anchorage, Alaska 99501
907-222-7932
scott@cashiongilmore.com

*Attorney for Bristol Bay Regional Seafood Development Association, Inc.*

Brian Litmans (AK Bar No. 0111068)
Katherine Strong (AK Bar No. 1105033)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
Email:   blitmans@trustees.org
           kstrong@trustees.org

*Attorneys for SalmonState, Alaska Center, Alaska Community Action on Toxics, Alaska Wilderness League, Cook Inletkeeper, Defenders of Wildlife, Friends of McNeil River, McNeil River Alliance, National Parks Conservation Association, National Wildlife Federation, Sierra Club, and Wild Salmon Center*

Thomas D. Zimpleman (*Pro Hac Vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th Street, N.W., Suite 300
Washington, DC 20005
Phone: (202) 289-2377
Email:   tzimpleman@nrdc.org

Joel R. Reynolds (*Pro Hac Vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1314 2nd Street
Santa Monica, CA 90401
Phone: (310) 434-2300
Email:   jreynolds@nrdc.org

*Attorneys for Natural Resources Defense Council*

Erin Whalen (AK Bar No. 1508067)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Phone: (907) 586-2751
Email:   ewhalen@earthjustice.org

*Attorney for Earthworks*

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

BRISTOL BAY ECONOMIC
DEVELOPMENT CORPORATION *et al.*,

              Plaintiffs,

    v.                       Case No. 3:19-cv-00265-SLG

CHRIS HLADICK *et al.*,

              Defendants.

_____

SALMON STATE *et al.*,

              Plaintiffs,

    v.                       Case No. 3:19-cv-00267-SLG

CHRIS HLADICK *et al.*,

              Defendants.

_____

TROUT UNLIMITED,

              Plaintiff,

    v.                       Case No. 3:19-cv-00268-SLG

U.S. ENVIRONMENTAL PROTECTION
AGENCY *et al.*

              Defendants.

_____

**JOINT NOTICE REGARDING FINALITY OF JUDGMENT**

Plaintiffs Bristol Bay Economic Development Corporation *et al.* in Case No. 3:19-

cv-00265-SLG; SalmonState *et al.* in Case No. 3:19-cv-00267-SLG; and Trout Unlimited

Joint Notice Re. Finality of J.                                Page 1
*Bristol Bay Economic Development Corp. v. Hladick*, Case No. 3:19-cv-00265-SLG

in Case No. 3:19-cv-00268-SLG each filed complaints and an opening brief seeking to

vacate EPA's 2019 decision to withdraw its Proposed Determination to protect Bristol

Bay from certain discharges associated with mining the Pebble deposit, in part because

the agency had failed to consider whether those discharges would result in unacceptable

adverse effects.  Compl., *Bristol Bay Econ. Dev. Corp. et al. v. Hladick et al.*, No. 3:19-

cv-00265-SLG, Doc. 1, ¶¶12, 135 (Oct. 8, 2019); *SalmonState et al. v. Hladick et al.*, No.

3:19-cv-00267-SLG, Doc. 1, ¶¶18, 118 (Oct. 9, 2019); *Trout Unlimited v. EPA*, No. 3:19-

cv-00268-SLG, Doc. 1 at 53; *id.* ¶¶ 148-151; Pls.' Joint Opening Br., *Bristol Bay Econ.*

*Dev. Corp. et al. v. Hladick et al.*, No. 3:19-cv-00265-SLG, Doc. 48 at 15, 50-52 (Jan. 31,

2020).  This Court consolidated the cases and granted EPA's motion to dismiss,

concluding that the withdrawal decision was committed to EPA's discretion by law.

Doc. 75 at 35-36.[1]  Only Trout Unlimited appealed that dismissal.  Doc. 77.  The Ninth

Circuit reversed in part, holding EPA may withdraw a proposed determination under

Clean Water Act section 404(c) only if it concludes the relevant discharge is unlikely to

cause unacceptable adverse effects. *Trout Unlimited v. Pirzadeh*, 1 F.4th 738, 757 (9th

Cir. 2021).  On remand, EPA has moved for this Court to vacate its 2019 withdrawal

decision—requesting the very relief sought by Plaintiffs from the outset of the

---

[1] Docket citations in this notice refer to filings in the consolidated cases under *Bristol Bay Econ. Dev. Corp. et al. v. Hladick et al.*, No. 3:19-cv-00265-SLG.

Joint Notice Re. Finality of J.                                                                                    Page 2
*Bristol Bay Economic Development Corp. v. Hladick*, Case No. 3:19-cv-00265-SLG

consolidated cases—because the agency "failed entirely to address" this central standard. Doc. 103 at 15-16.

Plaintiffs Bristol Bay Economic Development Corporation *et al.* and SalmonState *et al.* file this notice to bring to the Court's attention that Case Nos. 3:19-cv-00265-SLG and 3:19-cv-00267-SLG are still listed as active on the Court's docket, notwithstanding the Court's judgment dismissing them. Doc. 76. Plaintiffs Bristol Bay Economic Development Corporation *et al.* and SalmonState *et al.* understand judgment to be final regarding these two unappealed cases, notwithstanding the successful appeal by Plaintiff Trout Unlimited in its related, consolidated case and, accordingly, are not filing a response to EPA's motion requesting remand with vacatur, or any further proceedings in the remaining case. *See Federated Dep't Stores v. Moitie,* 452 U.S. 394 (1981); *Hall v. Hall*, 138 S.Ct. 1118 (2018); Doc. 77, 83.

Respectfully submitted this 12th day of October, 2021.

*s/ Jeffrey M. Feldman*
Jeffrey M. Feldman (AK Bar No. 7605029)
SUMMIT LAW GROUP PLLC

Ralph H. Palumbo (*Pro Hac Vice*)
Lynn M. Engel (*Pro Hac Vice*)
YARMUTH LLP

*Attorneys for Bristol Bay Economic Development Corporation, Bristol Bay Native Association, Inc., and Bristol Bay Reserve Association*

*s/ Matthew N. Newman*

Megan R. Condon (AK Bar No. 1810096)
Matthew N. Newman (AK Bar No. 1305023)
NATIVE AMERICAN RIGHTS FUND

*Attorneys for United Tribes of Bristol Bay*

*s/ Scott Kendall*

Scott Kendall (AK Bar No. 0405019)
CASHION GILMORE & LINDEMUTH

*Attorney for Bristol Bay Regional Seafood Development Association, Inc.*

*s/ Katherine Strong*

Katherine Strong (AK Bar No. 1105033)
Brian Litmans (AK Bar No. 0111068)
TRUSTEES FOR ALASKA

*Attorneys for SalmonState, Alaska Center, Alaska Community Action on Toxics, Alaska Wilderness League, Cook Inletkeeper, Defenders of Wildlife, Friends of McNeil River, McNeil River Alliance, National Parks Conservation Association, National Wildlife Federation, Sierra Club, and Wild Salmon Center*

*s/ Thomas D. Zimpleman*

Thomas D. Zimpleman (*Pro Hac Vice*)
Joel R. Reynolds (*Pro Hac Vice*)
NATURAL RESOURCES DEFENSE COUNCIL

*Attorneys for Natural Resources Defense Council*

*s/ Erin Whalen*

Erin Whalen (AK Bar No. 1508067)
EARTHJUSTICE

*Attorney for Earthworks*

Joint Notice Re. Finality of J.                                                  Page 4
*Bristol Bay Economic Development Corp. v. Hladick*, Case No. 3:19-cv-00265-SLG